# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COMPHY CO., INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMFY SHEET; PRATNIK JAIN, an individual doing business as Comfy Sheet; JAGDISH CHANDERIYA, an individual doing business as The Comfy Company,<br><br>　　　　Defendants. | Case No. 2:20-cv-03029-ODW (Ex)<br><br>Hon. Otis D. Wright, II<br><br>**ORDER ON STIPULATION FOR PERMANENT INJUNCTION** |

1       WHEREAS, Plaintiff Comphy Co. Inc. and defendant JAGDISH
2  CHANDERIYA, an individual doing business as The Comfy Company, have
3  entered into a stipulation for permanent injunction in connection with the use of the
4  Comphy Trademark and related claims.
5       ACCORDINGLY FOR GOOD CAUSE APPEARING, THE FOLLOWING
6  IS HEREBY ORDERED:
7       That CHANDERIYA, and his agents, servants, employees, and all other
8  persons who are in active concert or participation with any of the afore-described
9  persons, who receive actual notice of this Permanent Injunction by personal service
10 or otherwise, be enjoined preliminarily and permanently hereafter from:
11      1.    Using either the word "comfy" or "comphy," alone or in combination
12 with another word, e.g., "sheet," "sheets," "co," or "company," including without
13 limitation the designations COMFY SHEETS, COMPHY BED AND BATH,
14 COMPHY BABY, COMPHY FOR HOME, COMPHY FOR PROFESSIONALS,
15 COMPHY TOUCH, or COMPHY SHEETS, on or in connection with any goods,
16 services, url addresses, meta-tags, metadata, Internet search terms, website
17 (including any third-party website), search terms, social media accounts (e.g.,
18 Facebook, Instagram, Twitter), or otherwise;
19      2.    Marketing or offering for sale sheets, apparel, or blankets, directly or
20 indirectly, through or on any store, sales platform, or marketplace (including without
21 limitation, an online store, platform, or marketplace, such as the Amazon website or
22 Amazon software applications), under the marks "comfy," "comfy company," or"
23 comfy co.," "comphy," COMPHY BED AND BATH, COMPHY BABY,
24 COMPHY FOR HOME, COMPHY FOR PROFESSIONALS, COMPHY TOUCH,
25 or COMPHY SHEETS;
26      3.    Offering for sale, soliciting sales, or selling any products under the
27 designation Comfy, Comfy Sheets, Comphy, or Comphy Sheets, or any other
28 COMPHY-formative designations as set forth in United States Patent and

Trademark Registration Numbers 3479190 and 5616144 (collectively, the "COMPHY Trademarks"), or any mark, name, symbol, logo, configuration or other indicia that incorporates or is confusingly similar to the COMPHY Trademarks;

    4. From infringing or contributing to the infringement of any of COMPHY Trademarks or associated trade names, or otherwise engaging in unfair competition with Plaintiff in any manner or engaging in any conduct tending to falsely represent or likely to confuse, mislead or deceive suppliers, purchasers, or any member of the public into thinking that Defendant CHANDERIYA or any of his goods or services are affiliated with Plaintiff or that Plaintiff has otherwise sponsored, approved, or licensed any goods or services of Defendant CHANDERIYA;

    5. Offering for sale, soliciting sales, or selling any goods falling into International Classes 24 or 25 of United States Patent and Trademark Office's trademark classification, including without limitation linens and bedding, towels, pads in the nature of bed pads, mattress pads and table pads, sheets, duvets, comforters, pillow cases, pillow shams, and table skirts and robes, in any medium, under any mark, name, symbol, logo, configuration or other indicia which is likely to cause confusion or to cause mistake or to deceive persons into the erroneous belief that Defendant CHANDERIYA's goods or services originate from Plaintiff, or that Defendant CHANDERIYA or his agents, goods, and/or services are authorized by Plaintiff or are endorsed by Plaintiff or are sponsored by Plaintiff, or are connected in some way with Plaintiff or Plaintiff's COMPHY Trademarks;

    6. Using false designations or from engaging in any act or series of acts which, either alone or in combination, constitutes deceptive or unfair methods of competition with Plaintiff and from otherwise interfering with, or injuring Plaintiff's COMPHY Trademarks or the goodwill associated therewith;

    7. Manufacturing, importing, distributing, advertising, offering to sell or selling bedding or any goods bearing the COMPHY Trademarks, or any confusingly

3

1 similar designations, including without limitation, Comfy and Comfy Sheets;

2       8.    Using, registering, renewing, or transferring to any entity other than
3 Plaintiff, or encumbering, or maintaining ownership of the domain name
4 <comfysheets.com>, or undertaking any activities to promote or utilize that domain
5 name, or any other domain name that includes any word or designation confusingly
6 similar to Comphy, including without limitation, Comphy, Comfy and Comfy
7 Sheets, or any alternate spellings thereof; and

8       9.    Assisting, inducing, aiding, or abetting any other person or business
9 entity in engaging or performing any of the activities referred to in subparagraphs
10 (1) through (8) above, or effecting any assignments or transfers, forming new
11 entities or associations, or utilizing any other device for the purpose of
12 circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (1)
13 through (8) above.

**IT IS SO ORDERED.**

DATED: July 24, 2020      By: _____
                                      HON. OTIS D. WRIGHT, II
                                      UNITED STATES DISTRICT JUDGE