ROBERT EZRA (BAR NO. 68872)
robert.ezra@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
JOHN D. STANLEY (BAR NO. 301308)
john.stanley@ffslaw.com
**FREEMAN, FREEMAN & SMILEY, LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Plaintiff
COMPHY CO., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COMPHY CO., INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>COMFY SHEET; PRATIK JAIN, an individual doing business as Comfy Sheet; DOES 1-5,<br><br>            Defendants. | Case No. 2:20-cv-03029-ODW (Ex)<br><br>Hon. Otis D. Wright, II<br><br>**PLAINTIFF'S RESPONSE TO FEBRUARY 26, 2021 ORDER TO SHOW CAUSE [ECF DOC. 37]** |

4890439.1 25788-805

In response to the Court's February 26, 2021 Minute Order requiring plaintiff Comphy Co., Inc. ("Plaintiff") to show cause "for why the Complaint should not be dismissed as to Defendant Pratnik Jain" (ECF Doc. 37) (the "February 26 OSC"), Plaintiff submits the following response.

In the February 26 OSC, the Court specifically requested Plaintiff to show cause, in writing, as to why the Complaint should not be dismissed as to defendant Pratnik Jain, as it is Pratik Jain (without the "n") who is the named applicant on the United States trademark application for COMFY SHEETS (and design). In the February 26 OSC, the Court expressly stated that one appropriate response to the OSC would be for Plaintiff to file an amended complaint substituting Pratik Jain for Pratnik Jain. Accordingly, in advance of the filing of this Response, Plaintiff has filed an amended complaint naming defendant Pratik Jain in place of Pratnik Jain (ECF Doc. 38).

In light of the foregoing, for the reasons set forth in Plaintiff's Response to January 20, 2021 Order to Show Cause (ECF No. 36), Plaintiff respectfully requests that the Court grant Plaintiff's request to serve defendants Pratik Jain and Comfy Sheet with process by alternative means of service, pursuant to Federal Rule of Civil Procedure 4(f)(3), specifically, by serving via email (with a confirmation copy via US mail) defendant Pratik Jain's United States based attorney, representing him in connection with his currently pending US trademark application for COMFY SHEETS (and design), Trademark Serial Number 90/463,089, at the following email and mailing address set forth in the application:

Randy Michels, Esq.

Trust Tree Legal, P.C.

798 Berry Road #41400

Nashville, Tennessee 37204

randy@trust-tree.com

docket@trust-tree.com

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

*See Marlabs Inc. v. Jakher*, No. 07-cv-04074 (DMC) (MF), 2010 WL 1644041 (D.N.J. Apr. 22, 2010) (allowing for service of summons and complaint on an Indian defendant through the defendant's attorney, with whom he maintained contact.).

Respectfully Submitted,

DATED: March 12, 2021          FREEMAN, FREEMAN & SMILEY, LLP

By: _____
ROBERT EZRA
MARK B. MIZRAHI
JOHN D. STANLEY
Attorneys for Plaintiff
COMPHY CO., INC.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4890439.1 25788-805

3
PLAINTIFF'S RESPONSE TO FEBRUARY 26, 2021 ORDER TO SHOW CAUSE [DKT. 37]