UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:20-cv-03029-ODW (Ex) | Date | March 16, 2021 |
|---|---|---|---|
| Title | *Comphy Co., Inc. v. Comfy Sheet et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**           **In Chambers**

    Plaintiff requests permission to serve Defendants Comfy Sheet and Pratik Jain with a summons and the Second Amended Complaint by alternative means, pursuant to Federal Rule of Civil Procedure 4(f)(3).  (Pl.'s Resp. to Feb. 26, 2021 Order to Show Cause ("Request") 2–3, ECF No. 40.)   Upon full consideration, the Court finds that service under Rule 4(f)(3) is warranted, as it appears the proposed method of service is not prohibited by international agreement nor violative of general due process concerns, and it is likely to practically afford Defendants with notice and an opportunity to defend in this action.  *See Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007 (9th Cir. 2002) (affirming district court's order permitting service via email and over the Internet); *Marlabs Inc. v. Jakher*, No. 07-cv-04074 (DMC)(MF), 2010 WL 1644041, at *3 (D.N.J. Apr. 22, 2010) ("This Court will permit Defendant to be served through counsel, as it is apparent that he is in contact with his attorney.  Service upon Defendant through his attorney comports with constitutional due process . . . .").

    Accordingly, Plaintiff's request is **GRANTED**.  Plaintiff shall be permitted to serve Defendants as proposed.  Plaintiff must file valid Proofs of Service on or before **March 26, 2021**; the failure to do so may result in dismissal of these Defendants.

    **IT IS SO ORDERED**.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |