ROBERT EZRA (BAR NO. 68872)
robert.ezra@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
MATTHEW A. YOUNG (BAR NO. 266291)
matt.young@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Plaintiff
COMPHY CO., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COMPHY CO., INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> COMFY SHEET; PRATIK JAIN, an individual doing business as Comfy Sheet, <br><br> Defendants. | Case No. 2:20-cv-03029-ODW (Ex) <br><br> Hon. Otis D. Wright, II <br><br> **PLAINTIFF'S RESPONSE TO APRIL 16, 2021 ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION [ECF DOC. 44]; DECLARATIONS OF JEFFREY EDWARDS AND ROBERT EZRA** |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Plaintiff Comphy Co., Inc. ("Plaintiff") hereby responds to the Order to Show Cause Re Dismissal for Lack of Prosecution ("OSC"), as reflected in the April 16, 2021 Minute Order of the Court (ECF Doc. 44).

By order dated March 16, 2021, the Court granted Plaintiff's request to serve defendants COMFY SHEET and PRATIK JAIN, an individual doing business as Comfy Sheet, via email to Pratik Jain's current trademark lawyer Randy Michels. (ECF Doc. 42). Specifically, the Order provided that Plaintiff was to serve Mr. Michels by email, with a confirmation copy sent by US mail.

On March 22, 2021, Plaintiff served the Summons and Second Amended complaint by email on Mr. Michels, such that defendants' responsive pleading was due by or on April 13, 2021. As set forth in the Declaration of Jeffrey Edwards filed herewith, Mr. Edwards confirms that he did not receive any indication that the email to Mr. Michels was not delivered.

Not having received any such responsive pleading, last week, while Plaintiff began preparing a request to enter default, Plaintiff noticed that it had not yet filed a proof of service with the Court, a prerequisite for obtaining entry of default. Mr. Edwards, Plaintiff's counsel Mr. Ezra's assistant, who email-served the Summons and Second Amended Complaint, could not, however, locate evidence that the confirmation copy to Mr. Michels via US mail was actually mailed, so Plaintiff filed the proof of service showing just email service. Being that, due to the Covid-19 pandemic, Mr. Edwards has been typically working remotely from the office, he was not present to oversee its mailing by office staff, so could not swear under oath that it was in fact mailed on March 22, 2021.

Regardless, as soon as this potential oversight was discovered, on April 15, 2015, Mr. Edwards directed Plaintiff's counsel's office services department to send confirmation copy via mail Mr. Michels, and that same day received confirmation from offices services that it was in fact mailed as requested. (*See* **Exhibit 1** to the Declaration of Jeffrey Edwards.) In addition, Plaintiff's counsel, Mr. Ezra,

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  attempted to reach Mr. Michels by phone on April 15 and 16, 2021, in part, to

2  confirm that he received the March 22, 2021 email. Mr. Ezra left voicemail

3  messages for Mr. Michels and followed them up with an email dated April 19, 2021.

4  Plaintiff has yet to receive a response from Mr. Michels.

5         Accordingly, Plaintiff requests that the Court either deem service has been

6  made as of March 22, 2021, upon which Plaintiff will file its application for entry of

7  default, or extend the time by which Plaintiff must file an entry of default until May

8  10, 2021, a date shortly after the passage of 21 days from the April 16, 2021 mailing

9  of the confirmation copy of the summons and complaint.

10

11  Dated: April 19, 2021                    FREEMAN, FREEMAN & SMILEY, LLP

12

13

14

15  By: _____

16       ROBERT EZRA

17       MARK B. MIZRAHI

18       MATTHEW YOUNG

         Attorneys for Plaintiff

         COMPHY CO., INC.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## <u>DECLARATION OF JEFFREY S. EDWARDS</u>

I, Jeffrey S. Edwards, declare as follows:

1.     I am a Legal Secretary at Freeman, Freeman & Smiley, attorneys of record for Plaintiff Comphy Co., Inc. ("Comphy") in the above-captioned matter. I am over the age of eighteen and have personal knowledge of the facts set forth herein, and if called upon to testify, could and would competently testify to these facts under oath.

2.     I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

3.     On March 22, 2021, I served the Summons and Second Amended complaint by email on Mr. Randy Michels, at the two email addresses indicated on the United States trademark applications Mr. Michell's filed on behalf of Mr. Pratik Jain. I did not receive any indication that the email to Mr. Michels was not delivered.

4.     In the process of preparing the proof of service, I was unable to confirm that the confirmation copy to Mr. Michels via US mail was actually mailed. Being that, due to the Covid-19 pandemic, I have been typically working remotely from the office, I was not present to oversee its mailing by office staff, so I could not swear under oath that it was in fact mailed on March 22, 2021.

5.     Regardless, as soon as I discovered this uncertainty, on April 15, 2015, I directed Freeman Freeman & Smiley, LLP's office services department to send a confirmation copy via mail Mr. Michels, and that same day I received confirmation from offices services that it was in fact mailed as requested. (A true and correct copy of my letter transmitting the confirmation copy is attached hereto as **Exhibit 1**.)

///

///

///

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    I declare under penalty of perjury of the laws of the State of California and
2    the United States of America that the foregoing is true and correct.

3    Executed April 19, 2021, at Los Angeles, California.

4

5                                            _Jeffrey S. Edwards_
6                                            Jeffrey S. Edwards

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# EXHIBIT 1



DIRECT DIAL:  (310) 255-6256
EMAIL:        robert.ezra@ffslaw.com
REPLY TO:     Los Angeles
FILE NO.:     25788-805

April 15, 2021

**BY U.S. MAIL**

Randy Michels, Esq.
Trust Tree Legal, P.C.
798 Berry Road, #41400
Nashville, Tennessee 37204
E-mail: randy@trust-tree.com

   Re:  **Comphy Co.,  Inc. adv. Pratik Jain, et al.**
      **USDC Case No: 2:20-cv-03029-ODW (Ex)**

Dear Mr. Michels:

   I am writing you this letter in connection with the above captioned matter. On the afternoon of April 15, 2021, I attempted to reach you by telephone to determine if either Comfy Sheet, or Mr. Pratik Jain intends to respond the Second Amended Complaint filed in the Central District of California. The 21-Day Summons and the Second Amended Complaint were served by e-mail on March 22, 2021. Although I received no notification that the email was undelivered, I am enclosing a confirmation copy of the 21-Day Summons, along with the Second Amended Complaint. Please contact me as soon as possible.

      Sincerely,

      Robert Ezra
      FREEMAN, FREEMAN & SMILEY, LLP

RE:JSE

Enclosures: 21-Day Summons in a Civil Action; and
     Second Amended Complaint

4943191.1
25788-805

LOS ANGELES | 1888 CENTURY PARK EAST SUITE 1500  LOS ANGELES  CALIFORNIA 90067   T 310/255-6100   F 310/255-6100
IRVINE | 5 PARK PLAZA SUITE 650  IRVINE  CALIFORNIA 92614   T 949/252-2777   F 949/252-2776       ffslaw.com

## **DECLARATION OF ROBERT EZRA**

I, Robert Ezra, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts in the State of California. I am a partner with the law firm of Freeman, Freeman & Smiley, LLP, counsel for Plaintiff Comphy Co., Inc. ("Comphy") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2.      I attempted to reach Mr. Pratik Jain trademark attorney, Mr. Randy Michels, by phone on April 15 and 16, 2021, in part, to confirm that he received the March 22, 2021 email.  He did not answer either time, so I left voicemail messages for Mr. Michels and followed them up with an email dated April 19, 2021. I have not yet received a response from Mr. Michels to the voicemails or my email.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed April 19, 2021, at Los Angeles, California.

_____

Robert Ezra

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100