1  ROBERT EZRA (BAR NO. 68872)
   robert.ezra@ffslaw.com
2  MARK B. MIZRAHI (BAR NO. 179384)
   mark.mizrahi@ffslaw.com
3  FREEMAN, FREEMAN & SMILEY, LLP
   1888 Century Park East, Suite 1500
4  Los Angeles, California 90067
   Telephone:  (310) 255-6100
5  Facsimile:  (310) 255-6200

6  Attorneys for Plaintiff
   COMPHY CO., INC.

7

8              **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  COMPHY CO., INC., a California       Case No. 2:20-cv-03029-ODW (Ex)
    corporation,
12                                       Hon. Otis D. Wright, II
                 Plaintiff,
13                                       **REQUEST FOR RULING ON**
         vs.                             **MOTION FOR DEFAULT TO**
14                                       **ASSIST PLAINTIFF IN UNITED**
    COMFY SHEET, and PRATIK JAIN,        **STATES PATENT AND**
15  an individual doing business as Comfy **TRADEMARK OFFICE**
    Sheet,                               **PROCEEDINGS; DECLARATION**
16                                       **OF ROBERT EZRA**
                 Defendants.
17

18          This application to seek ruling on Plaintiff's Motion for Default Judgment is

19  made as a result of, and in connection with, a trademark application for COMFY

20  SHEET (and design), filed by Defendant Pratik Jain, doing business as Comfy Sheet

21  pending before the United States Patent and Trademark Office ("USPTO").

22          Plaintiff filed a Second Amended Complaint against Defendants Pratik Jain

23  and Comfy Sheet, in the above entitled action, in which among other relief, it sought

24  injunctive relief against the Defendants' use of the name/mark COMFY SHEETS on

25  the basis of trademark infringement (Docket 38). Defendants failed to answer the

26  Second Amended Complaint. Plaintiff sought a default against all Defendants.

27  Default against Defendants was entered (Docket 53), and Plaintiff thereafter filed a

28  Motion for Default Judgment (Docket 55). The hearing on the Motion for Default

5089233.1

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  Judgment was set for July 12, 2021, however the court vacated that hearing and took

2  the matter under submission (Docket 57). The court has not yet ruled upon the

3  Motion for Default Judgment.

4         In the meantime, Defendant Pratik Jain defiantly filed a trademark application

5  with the USPTO seeking to register the trademark COMFY SHEETS (and design),

6  Application Serial No. 90463089 (a copy of which is attached hereto as **Exhibit 1**).

7  This is the same name and wordmark that is the subject of the action for

8  infringement in the within case. Plaintiff has initiated a formal opposition

9  proceeding before the USPTO, opposing the registration of the COMFY SHEETS

10  (and design). The opposition proceeding is currently pending before the USPTO. If

11  the Court grants the injunctive relief sought in the Motion for Default, it will likely

12  impact the opposition proceeding and Mr. Jain's ability to prevail on his opposed

13  trademark application.

14         Accordingly, based on the importance of the Court's ruling on Plaintiff's

15  Motion for Default on the currently pending opposition proceeding against

16  defendant Pratik Jain's pending United States trademark application for COMFY

17  SHEETS (in design), Plaintiff respectfully requests a ruling on its Motion for

18  Default as soon as possible.

19

20  DATED: August 27, 2021          FREEMAN, FREEMAN & SMILEY, LLP

21

22

23                                 By:      */s/ Robert Ezra*
                                         ROBERT EZRA
24                                       MARK B. MIZRAHI
                                         Attorneys for Plaintiff COMPHY CO.,
25                                       INC.

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

REQUEST FOR RULING ON MOTION FOR DEFAULT TO ASSIST PLAINTIFF IN UNITED STATES PATENT
AND TRADEMARK OFFICE PROCEEDINGS; DECLARATION OF ROBERT EZRA

## DECLARATION OF ROBERT EZRA

I, Robert Ezra, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts in the State of California. I am a partner with Freeman, Freeman & Smiley, LLP, counsel of record for Plaintiff COMPHY CO., INC. in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2.     I make this declaration, in accordance with Central District of California Civil Local Rule 55, in support of Plaintiff's Motion for Default Judgment Against Comfy Sheet and Pratik Jain, Individually and Doing Business as Comfy Sheet and this Request for Ruling thereon (the Request for Ruling upon Motion for Default Judgment).

3.     Defendant Pratik Jain doing business as Comfy Sheet filed a trademark application with the USPTO seeking to register the trademark COMFY SHEETS (and design), Application Serial No. 90463089 (a copy of which is attached hereto as **Exhibit 1**).

4.     This is the same name and wordmark that is the subject of the action for infringement in the within case. Plaintiff has initiated a formal opposition proceeding before the USPTO, opposing the registration of the COMFY SHEETS (and design).

5.     The opposition proceeding is currently pending before the USPTO. If the Court grants the injunctive relief sought in the Motion for Default, it will likely impact the opposition proceeding and Mr. Jain's ability to prevail on his opposed trademark application.

6.     Accordingly, based on the importance of the Court's ruling on Plaintiff's Motion for Default on the currently pending opposition proceeding against defendant Pratik Jain's pending United States trademark application for

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  COMFY SHEETS (in design), Plaintiff respectfully requests a ruling on its Motion

2  for Default as soon as possible.

3       I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.

5       Executed August 27, 2021, at Franklin, Tennessee.

6

7                                    /s/ Robert Ezra
                                     Robert Ezra
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

5089233.1

REQUEST FOR RULING ON MOTION FOR DEFAULT TO ASSIST PLAINTIFF IN UNITED STATES PATENT
AND TRADEMARK OFFICE PROCEEDINGS; DECLARATION OF ROBERT EZRA

# EXHIBIT 1

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90463089**
**Filing Date: 01/13/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | COMFY SHEETS |
| *COLOR MARK | YES |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a light blue circle containing a white cotton design over the light blue words "COMFY SHEETS". |
| *COLOR(S) CLAIMED (If applicable) | The color(s) light blue and white is/are claimed as a feature of the mark. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 940 x 939 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Jain, Pratik |
| INTERNAL ADDRESS | MADAN MOHAN TEXTILE |
| *MAILING ADDRESS | 31 Alagiri Singh St., Near Kamaraj Rd. |
| *CITY | Erode, Tamil Nadu |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | India |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 638001 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * | |

| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | India |
|---|---|

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 024 |
|---|---|
| *IDENTIFICATION | Bed sheets; Duvet covers; Pillow cases; Towels |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/12/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/12/2021 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-260148341004c8075f59 2266d8993c-20210112175732 318635_._com_dp_B07RZL4WN 2_ref_twister_B07WFDBQ2G__encoding_UTF8_th_1.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0007.JPG |
| ORIGINAL PDF FILE | SPE0-1-260148341004c8075f 592266d8993c-202101121757 32318635_._com_dp_B07RZL4 WN2_ref_twister_B07WFDBQ2 G__encoding_UTF8_th_1.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0012.JPG |
| SPECIMEN DESCRIPTION | website screenshot showing the trademark with ordering info, accessed on January 12, 2021 and available at https://www.amazon.com/dp/B07RZL4WN2/ref=twister_B07WFDBQ2G?_encoding=UTF8&th=1 |
| WEBPAGE URL | https://www.amazon.com/dp/B07RZL4WN2/ref=twister_B07WFDBQ2G?_encoding=UTF8&th=1 |
| WEBPAGE DATE OF ACCESS | 01/12/2021 |

## ADDITIONAL STATEMENTS SECTION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| DISCLAIMER | No claim is made to the exclusive right to use "SHEETS" apart from the mark as shown. |

## ATTORNEY INFORMATION

| NAME | Randy Michels |
|---|---|

| | |
|---|---|
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Trust Tree Legal, P.C. |
| **STREET** | 798 Berry Road #41400 |
| **CITY** | Nashville |
| **STATE** | Tennessee |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 37204 |
| **PHONE** | 615-469-0438 |
| **EMAIL ADDRESS** | randy@trust-tree.com |
| **OTHER APPOINTED ATTORNEY** | Bill Ferrell and Kevin Hartley |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Randy Michels |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | randy@trust-tree.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | docket@trust-tree.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *****TOTAL FEES DUE** | 250 |
| *****TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| ***** SIGNATURE** | /pratikjain/ |
| ***** SIGNATORY'S NAME** | Pratik Jain |
| ***** SIGNATORY'S POSITION** | Owner |
| ***** DATE SIGNED** | 01/13/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90463089**
**Filing Date: 01/13/2021**

## To the Commissioner for Trademarks:

**MARK:** COMFY SHEETS (stylized and/or with design, see mark)
The literal element of the mark consists of COMFY SHEETS. The color(s) light blue and white is/are claimed as a feature of the mark. The mark consists of a light blue circle containing a white cotton design over the light blue words "COMFY SHEETS".
The applicant, Pratik Jain, a citizen of India, having an address of

MADAN MOHAN TEXTILE
31 Alagiri Singh St., Near Kamaraj Rd.
Erode, Tamil Nadu 638001
India
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 024: Bed sheets; Duvet covers; Pillow cases; Towels

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 024, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/12/2021, and first used in commerce at least as early as 01/12/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website screenshot showing the trademark with ordering info, accessed on January 12, 2021 and available at https://www.amazon.com/dp/B07RZL4WN2/ref=twister_B07WFDBQ2G?_encoding=UTF8&th=1.

**Original PDF file:**
SPE0-260148341004c8075f59 2266d8993c-20210112175732 318635_._com_dp_B07RZL4WN 2_ref_twister_B07WFDBQ2G_ _encoding_UTF8_th_1.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
**Original PDF file:**
SPE0-1-260148341004c8075f 592266d8993c-202101121757 32318635_._com_dp_B07RZL4 WN2_ref_twister_B07WFDBQ2 G__encoding_UTF8_th_1.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

Webpage URL: https://www.amazon.com/dp/B07RZL4WN2/ref=twister_B07WFDBQ2G?_encoding=UTF8&th=1

Webpage Date of Access: 01/12/2021

**Disclaimer**
No claim is made to the exclusive right to use "SHEETS" apart from the mark as shown.

The owner's/holder's proposed attorney information: Randy Michels. Other appointed attorneys are Bill Ferrell and Kevin Hartley. Randy Michels of Trust Tree Legal, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    798 Berry Road #41400
    Nashville, Tennessee 37204
    United States
    615-469-0438(phone)
    randy@trust-tree.com

Randy Michels submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Randy Michels
    PRIMARY EMAIL FOR CORRESPONDENCE: randy@trust-tree.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): docket@trust-tree.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

<strong>Declaration</strong>

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **And/Or**
    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and

belief are believed to be true.

**Declaration Signature**

Signature: /pratikjain/   Date: 01/13/2021
Signatory's Name: Pratik Jain
Signatory's Position: Owner
Signature method: Sent to third party for signature
Payment Sale Number: 90463089
Payment Accounting Date: 01/13/2021

Serial Number: 90463089
Internet Transmission Date: Wed Jan 13 10:11:34 ET 2021
TEAS Stamp: USPTO/FTK-XXXX:XXX:XXXX:XXXX:XXXX:XXX:XX
XX:XXXX-20210113101134753851-90463089-76
0c383ee76c4e031d3a01f91b8f731869a7f8c815
61a36672be442cd311fa48d43-CC-11332193-20
210112175732318635



Comfy Sheets



1/12/2021                              https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

elasticized Fitted Sheet.
• NO RISK PURCHASE 100% SATISFACTION
GUARANTEE: Our #1 goal is to offer you the most
amazing products at the best prices for the ultimate
customer experience. We are super confident in the
quality and comfort of our product that we offer a
100% satisfaction guarantee! Try our products and
if you don't absolutely love them just let us know. If
for some reason you are unsatisfied simply contact
us within 30 days to return the product for a full
refund.

## Special offers and product promotions

• **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
• **Your cost could be $9.99 instead of $59.99!** Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**White** | Size:**California King 22" Deep**

| | | |
|---|---|---|
| Package Dimensions | 11.22 x 9.13 x 2.87 inches | **Warranty & Support** |
| Item Weight | 1.96 pounds | Product Warranty: For warranty information about this product, please click here |
| Manufacturer | Comfy Sheets | Feedback |
| ASIN | B07RZL4WN2 | Would you like to tell us about a lower price? ˅ |
| Customer Reviews | ★★★★☆ ˅   267 ratings 4.2 out of 5 stars | |
| Best Sellers Rank | #139,240 in Home & Kitchen (See Top 100 in Home & Kitchen) #105 in Fitted Bed Sheets #660 in Sheet & Pillowcase Sets | |
| Fabric Type | 100% Long Staple Egyptian Pure Cotton - Sateen Weave | |
| Batteries Required | No | |

## Videos

### Videos for related products


3:51
The 10 Best Organic Sheets
Ezvid Wiki


4:04
The 10 Best Flannel Sheets
Ezvid Wiki


2:24
How to Choose the Right Sheets
Kin Community (No Preroll)


3:56
How to make your bed with
DeBora Rachelle luxury bed sheets!
DeBora Rachelle Inc


DeBora Rachelle
DeBora Rachelle

Upload your video

## Customer Questions & Answers

See questions and answers

1/12/2021                          https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

## Customer reviews

 4.2 out of 5

267 global ratings

| | |
|---|---|
| 5 star | 64% |
| 4 star | 12% |
| 3 star | 9% |
| 2 star | 4% |
| 1 star | 10% |

˅ How are ratings calculated?

### Customer images



See all customer images

Top reviews ˅

### Top reviews from the United States

**Jkeith**

 **What's included in the package ?**
Reviewed in the United States on August 6, 2019
Color: Stone Grey   Size: Queen 15" Deep   Verified Purchase

Reason not 5 Starz and not a 3 , thought I was getting Bed SHEET'S, not A bed sheet as in 1, beware , this isn't a Complete set ! , it's just 1 BOTTOM SHEET..seems nice but WOW, ! I need to read better next time ?. 35$ 1 sheet , IM GOING TO ENJOY THIS ONE ! The ad says SHEET'SSSSS ,all I'm saying. Well, Be good ,Peace to all !OH And yes ,Sleep well on your sheet !, LOL ( I guess whole set would cost, lets see 35 × 4 = $140 plus tax ? ) bottom line I think I'll pass ,NICE SHEET ,BUT OVER PRICED! hope this helps someone else before they buy there SET of SHEET'SSSSS..peace and love to everyone!

15 people found this helpful

Helpful    |    Report abuse

**JLW**

 **Not Egyptian Sateen Cotton**
Reviewed in the United States on April 4, 2020
Color: White   Size: King 15" Deep   Verified Purchase

Received one king fitting sheet... these sheets are NOT Egyptian Sateen Cotton. They are 100% cotton sheets..their is a huge difference in the threads and sheen and softness in Egyptian sateen cotton than just cotton sheets. Cotton sheets are rough, and dont breath.... Dont waste your money, buy some wamsutta dream zone sheets they are the best!

2 people found this helpful

Helpful    |    Report abuse

**GregP**

★★★☆☆ **Mediocre at best**
Reviewed in the United States on May 28, 2020
Color: White   Size: King 15" Deep   Verified Purchase

These are average quality sheets that are mediocre at best. They are more of what you'd expect of a $10-$15 sheet. Definitely not a high end, hotel quality linen. I'd recommend not purchasing this item because it's definitely not worth $37 for just the fitted sheet. I've yet to find a superior quality individual sheet or sheet set on Amazon for a good price. It's back to the bedding stores for a good sheet set!

One person found this helpful

Helpful    |    Report abuse

**Shiva H.**

★☆☆☆☆ **Don't but!**
Reviewed in the United States on June 4, 2020
Verified Purchase

These sheets started off great...for the first 3 days. Then it started piling. Tons of lint balls. Looks like a 10 year old sheet now.

2 people found this helpful

Helpful    |    Report abuse

**B K Branum**

 **Soft but ball up on the surface!**

1/12/2021                                https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

Reviewed in the United States on July 22, 2020
Verified Purchase

The sheets fit the bed very well and look like they will last. The BIG problem is that after 3 washes or so, the surface starts to ball up like you have seen sweaters do. These tiny cotton pills cover the surface were the wear happens, where you sleep. Obviously this makes the surface a bit rough. I like a smooth, cotton surface which is what I hoped these high-thread-count sheets would deliver - but NO!

| Helpful | Report abuse |

Amazon Customer

★★★★★ Nice
Reviewed in the United States on March 17, 2020
Color: White    Size: King 15" Deep    Verified Purchase

I purchased a king size fitted sheet for our bed. It arrived very quickly, in original packaging, and I immediately put it in the washer. That night we used it on our bed. It fit well and it is super soft. I'm am extremely happy with the sheet and I recommend it to anyone needing new sheets.

20 people found this helpful

| Helpful | Report abuse |

nlk

★★★☆☆ Not soft to my liking
Reviewed in the United States on March 26, 2020
Color: Stone Grey    Size: Queen 15" Deep    Verified Purchase

I like the color and price of the sheets but they weren't soft like I wanted them. I thought egyptian cotton was supposed to be super soft but it wa more rough. After buying several different brands I now know that the Egyptian cotton isn't my kind of soft. I did however purchase a new set from here so I'm excited about that. I have nothing bad to say about my order though. Great shipping/price/ friendly service.

2 people found this helpful

| Helpful | Report abuse |

chitta

★★★★★ feels great. to sleep on this.
Reviewed in the United States on August 25, 2019
Color: Stone Grey    Size: Queen 15" Deep    Verified Purchase

Very soft and comfortable. Make sure to wash the first time you open it out of packaging. There was a smell when I took it out of packaging. A wash cleaned and softened it all very nicely.

22 people found this helpful

| Helpful | Report abuse |

See all reviews ›

---

Top rated from our brands



Amazon Basics Heather
Cotton Jersey Bed Sheet
Set - Full, Dark Grey
★★★★☆ 8,539
$42.65



Amazon Basics
Lightweight Super Soft
Easy Care Microfiber
Sheet Set with 16"...
★★★★☆ 179,209
#1 Best Seller in Sheet &
Pillowcase Sets
$14.99
In stock on January 20, 2021.

Luxus Premium 1000
Thread Count Cotton
Blend Queen Size Bed
Sheets - 4 Pieces Set...
★★★★☆ 109
$42.99



Amazon Brand – Rivet
Contrast Hem
Breathable Cotton Linen
Bed Sheet Set, Full,...
★★★★☆ 216
$82.24
Only 3 left in stock - order...

---

See personalized recommendations

| Sign in |

New customer? Start here.

---

Back to top

chrome-extension://mcbpbloegmgfnpjjppndjkmgjaogfceg/fsCaptured.html                                                                 4/5

1/12/2021                              https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

amazon

⊕ English ⌄        🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion |
| Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy |
| Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room |

chrome-extension://mcbpbloegmgfnpjjppndjkmgjaogfceg/fsCaptured.html                                                                    5/5

1/12/2021                    https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1



California King 22" Deep

| | |
|---|---|
| Size | California King 22" Deep |
| Brand | Comfy Sheets |
| Color | White |
| Material | Long Staple Egyptian Pure Cotton - Sateen Weave |
| Thread count | 1000 |

**About this item**

- 100% Long Staple Egyptian Pure Cotton - Sateen Weave
- LUXURY AND COMFORT: Experience the grandeur of 5 Star indulgence when you sleep in these super soft 100% Egyptian Fitted Sheet. This exquisite Sheet has been painstakingly crafted from the finest 100% Egyptian cotton yarns keeping your comfort in mind.
- SAY NO TO MICROFIBER: 100% Cotton Sheets. We specialize in manufacturing some of the softest and most luxurious cotton Sheets in the industry. And that includes our top of the line products - our Egyptian cotton Sheets. A genuine 1000 thread count Sheet Set crafted from the finest Egyptian cotton yarns. No misleading Title or Description. Unbeatable prices
- CLASSIC TAILORED LOOK WITH DEEP POCKETS: California King Fitted Sheet measures 72"x84"x22". Comes in many attractive colors to suit your bedroom décor. Fully elasticized fitted Sheets with 22 inch deep pockets are generously sized to fit deep and pillow-top mattresses Upto 25"
- PACKAGE CONTENTS: Package contains 1 Fully

chrome-extension://mcbpbloegmgfnpjjppndjkmgjaogfceg/fsCaptured.html                                                          1/5

1/12/2021                    https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

elasticized Fitted Sheet.
• NO RISK PURCHASE 100% SATISFACTION
  GUARANTEE: Our #1 goal is to offer you the most
  amazing products at the best prices for the ultimate
  customer experience. We are super confident in the
  quality and comfort of our product that we offer a
  100% satisfaction guarantee! Try our products and
  if you don't absolutely love them just let us know. If
  for some reason you are unsatisfied simply contact
  us within 30 days to return the product for a full
  refund.

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $9.99 instead of $59.99!** Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**White** | Size:**California King 22" Deep**

| Package Dimensions | 11.22 x 9.13 x 2.87 inches |
|---|---|
| Item Weight | 1.96 pounds |
| Manufacturer | Comfy Sheets |
| ASIN | B07RZL4WN2 |
| Customer Reviews | ★★★★☆ ▾   267 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #139,240 in Home & Kitchen (See Top 100<br>in Home & Kitchen)<br>#105 in Fitted Bed Sheets<br>#660 in Sheet & Pillowcase Sets |
| Fabric Type | 100% Long Staple Egyptian Pure Cotton -<br>Sateen Weave |
| Batteries Required | No |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price? ▾

## Videos

### Videos for related products



The 10 Best Organic Sheets

Ezvid Wiki



The 10 Best Flannel Sheets

Ezvid Wiki



How to Choose the Right Sheets

Kin Community (No Preroll)



How to make your bed with
DeBora Rachelle luxury bed sheets!

DeBora Rachelle Inc



DeBora Rachelle

DeBora Rachelle

Upload your video

## Customer Questions & Answers

See questions and answers

chrome-extension://mcbpbloegmgfnpjjppndjkmgjaogfceg/fsCaptured.html                                                2/5

1/12/2021                    https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

## Customer reviews

 4.2 out of 5

267 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 12% |
| 3 star | | 9% |
| 2 star | | 4% |
| 1 star | | 10% |

˅ How are ratings calculated?

### Customer images



See all customer images

 Top reviews ˅

### Top reviews from the United States

**Jkeith**

⭐⭐⭐⭐☆ **What's included in the package ?**
Reviewed in the United States on August 6, 2019
Color: Stone Grey   Size: Queen 15" Deep   Verified Purchase

Reason not 5 Starz and not a 3 , thought I was getting Bed SHEET'S, not A bed sheet as in 1, beware , this isn't a Complete set ! , it's just 1 BOTTOM SHEET..seems nice but WOW, ! I need to read better next time ?. 35$ 1 sheet , IM GOING TO ENJOY THIS ONE ! The ad says SHEET'SSSSS ,all I'm saying. Well, Be good ,Peace to all !OH And yes ,Sleep well on your sheet !, LOL ( I guess whole set would cost, lets see 35 × 4 = $140 plus tax ? ) bottom line I think I'll pass ,NICE SHEET ,BUT OVER PRICED! hope this helps someone else before they buy there SET of SHEET'SSSSS..peace and love to everyone!

15 people found this helpful

Helpful   |   Report abuse

**JLW**

⭐☆☆☆☆ **Not Egyptian Sateen Cotton**
Reviewed in the United States on April 4, 2020
Color: White   Size: King 15" Deep   Verified Purchase

Received one king fitting sheet... these sheets are NOT Egyptian Sateen Cotton. They are 100% cotton sheets..their is a huge difference in the threads and sheen and softness in Egyptian sateen cotton than just cotton sheets. Cotton sheets are rough, and dont breath.... Dont waste your money, buy some wamsutta dream zone sheets they are the best!

2 people found this helpful

Helpful   |   Report abuse

**GregP**

⭐⭐⭐☆☆ **Mediocre at best**
Reviewed in the United States on May 28, 2020
Color: White   Size: King 15" Deep   Verified Purchase

These are average quality sheets that are mediocre at best. They are more of what you'd expect of a $10-$15 sheet. Definitely not a high end, hotel quality linen. I'd recommend not purchasing this item because it's definitely not worth $37 for just the fitted sheet. I've yet to find a superior quality individual sheet or sheet set on Amazon for a good price. It's back to the bedding stores for a good sheet set!

One person found this helpful

Helpful   |   Report abuse

**Shiva H.**

⭐☆☆☆☆ **Don't but!**
Reviewed in the United States on June 4, 2020
Verified Purchase

These sheets started off great...for the first 3 days. Then it started piling. Tons of lint balls. Looks like a 10 year old sheet now.

2 people found this helpful

Helpful   |   Report abuse

**B K Branum**

⭐⭐☆☆☆ **Soft but ball up on the surface!**

chrome-extension://mcbpbloegmgfnpjjppndjkmgjaogfceg/fsCaptured.html

1/12/2021                                https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

Reviewed in the United States on July 22, 2020
Verified Purchase

The sheets fit the bed very well and look like they will last. The BIG problem is that after 3 washes or so, the surface starts to ball up like you have seen sweaters do. These tiny cotton pills cover the surface were the wear happens, where you sleep. Obviously this makes the surface a bit rough. I like a smooth, cotton surface which is what I hoped these high-thread-count sheets would deliver - but NO!

Helpful        Report abuse

  Amazon Customer

★★★★★ **Nice**
Reviewed in the United States on March 17, 2020
Color: White  |  Size: King 15" Deep  |  Verified Purchase

I purchased a king size fitted sheet for my bed. It arrived very quickly, in original packaging, and I immediately put it in the washer. That night we used it on our bed. It fit well and it is super soft. I'm am extremely happy with the sheet and I recommend it to anyone needing new sheets.

20 people found this helpful

Helpful        Report abuse

  nik

★★★☆☆ **Not soft to my liking**
Reviewed in the United States on March 26, 2020
Color: Stone Grey  |  Size: Queen 15" Deep  |  Verified Purchase

I like the color and price of the sheets but they weren't soft like I wanted them. I thought egyptian cotton was supposed to be super soft but it wa more rough. After buying several different brands I now know that the Egyptian cotton isn't my kind of soft. I did however purchase a new set from here so I'm excited about that. I have nothing bad to say about my order though. Great shipping/price/ friendly service.

2 people found this helpful

Helpful        Report abuse

chitta

★★★★★ **feels great. to sleep on this.**
Reviewed in the United States on August 25, 2019
Color: Stone Grey  |  Size: Queen 15" Deep  |  Verified Purchase

Very soft and comfortable. Make sure to wash the first time you open it out of packaging. There was a smell when I took it out of packaging. A wash cleaned and softened it all very nicely.

22 people found this helpful

Helpful        Report abuse

See all reviews ›

---

Top rated from our brands

                

Amazon Basics Heather Cotton Jersey Bed Sheet Set - Full, Dark Grey
★★★★☆ 8,539
$42.65

Amazon Basics Lightweight Super Soft Easy Care Microfiber Sheet Set with 16"...
★★★★☆ 179,209
#1 Best Seller in Sheet & Pillowcase Sets
$14.99
In stock on January 20, 2021.

Luxus Premium 1000 Thread Count Cotton Blend Queen Size Bed Sheets - 4 Pieces Set...
★★★★☆ 109
$42.99

Amazon Brand – Rivet Contrast Hem Breathable Cotton Linen Bed Sheet Set, Full,...
★★★★☆ 216
$82.24
Only 5 left in stock - order...

---

See personalized recommendations

Sign in

New customer? Start here.

Back to top

chrome-extension://mcbpbloegmgfnpjjppndjkmgjaogfceg/fsCaptured.html                                4/5

1/12/2021                          https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

amazon

🌐 English ⇕      🇺🇸 United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy |
| Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video In Every Room |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

chrome-extension://mcbpbloegmgfnpjjppndjkmgjaogfceg/fsCaptured.html                                      5/5