UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:20-cv-03029-ODW (Ex) | Date | September 7, 2021 |
|---|---|---|---|
| Title | *Comphy Co., Inc. v. Comfy Sheet et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

     The Court has reviewed Plaintiff's Second Amended Complaint (ECF No. 38), Plaintiff's Motion for Default Judgment (ECF No. 55), and Plaintiff's Request for Ruling (ECF No. 58). Plaintiff, the owner of the COMPHY trademark, represents to the Court that on January 13, 2021, Defendant Jain filed an application with the United States Patent and Trademark Office ("USPTO") seeking to register the trademark COMFY SHEETS.  (Second Am. Compl. ¶¶ 21, 23, Ex. 8; Req. Ruling 2, Ex. 1.)  Plaintiff represents to the Court that the name and wordmark for which Jain is presently seeking a trademark "is the same name and wordmark that is the subject of the action for infringement in the within case," and that Plaintiff is actively opposing Jain in the USPTO proceedings.  (Req. Ruling 2.)

     Given Plaintiff's representation, the Court is inclined to stay this case, so that the USPTO may make a merits-based determination of the trademark issue.  This appears to the Court to be a more preferable course of action than issuing a default judgment at this time, which would necessarily be the product of Plaintiff's contentions only.  Were the Court to issue default judgment in Plaintiff's favor, it appears that such a judgment would only serve to complicate the USPTO proceedings, where both parties have appeared and are arguing the merits.  The prospect of a default judgment of the judicial branch overriding the merits-based determination of an officer of the executive branch raises additional concerns related to the separation of powers.

///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:20-cv-03029-ODW (Ex) | Date | September 7, 2021 |
|---|---|---|---|
| Title | *Comphy Co., Inc. v. Comfy Sheet et al.* | | |

Accordingly, Plaintiff is **ORDERED to SHOW CAUSE**, in writing only, no later than **September 14, 2021**, why this case should not be stayed pending the outcome of the current USPTO proceedings. Plaintiff may file a brief of no more than fifteen (15) pages along with supporting declarations or other evidence. No hearing will be held. Failure to respond to this Order to Show Cause may result in the staying or dismissal of the case without further notice.

**IT IS SO ORDERED.**

: 00

Initials of Preparer  SE