ROBERT EZRA (BAR NO. 68872)
robert.ezra@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Plaintiff
COMPHY CO., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COMPHY CO., INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMFY SHEET; and PRATIK JAIN, an individual doing business as Comfy Sheet,<br><br>          Defendants. | Case No. 2:20-cv-03029-ODW (Ex)<br><br>Hon. Otis D. Wright, II<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE DOCKET NO. 59** |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5107546.1 25788-805

Plaintiff submits this response to the Court's OSC (Docket No. 59) as to why the judgment in this case should not be stayed pending the United States Trademark Trial and Appeal Board's ("T.T.A.B.") determination of Plaintiff's opposition against Defendant Pratik Jain's pending United States trademark application to register Comfy Sheets (and design), United States Application Serial No. 90463089 (the "New Application" attached hereto as **Exhibit 1**).

## I.   BACKGROUND

Plaintiff owns U.S. Trademark Registration No. 3479190 (the "'190 Registration") for the stylized mark C COMPHY in classes 024 and 025. The class 024 goods are linens and bedding for health spas, namely, towels, pads in the nature of bed pads, mattress pads and table pads, sheets, duvets, comforters, pillow cases, pillow shams, and table skirts. The class 025 goods are robes for health spas. The recited date of first use is at least as early as November 3, 2003.

In its second amended complaint ("SAC"), Plaintiff made numerous allegations of wrongful conduct by Defendants Comfy Sheet and Pratik Jain, sounding in unfair competition (e.g., in connection with labeling laws), cybersquatting, in addition to Plaintiff's various claims sounding in trademark infringement. (SAC Para 22-24).

## II.   ARGUMENT

### A.   Resolution Of The New Application Opposition Proceeding Will Not Resolve The Issues In This Case

At issue in this case is Defendants *use* of the designations Comphy Sheets and Comfy Sheets, generally, for goods within the same category as Plaintiff's goods, without reference to a particular design element.

The opposed New Application mark relates to a particular design mark used in conjunction with the words COMFY SHEETS. That design is a depiction of a Cotton Blossom together within the word Comfy Sheets, such that T.T.A.B determination of that matter will not resolve the issues in this case, which are much

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

broader and numerous. The T.T.A.B. will only make a decision relating to the particular application and the mark set forth therein. Even then, the T.T.A.B. only determines registrability, but has no jurisdiction to impact the Defendants' ability to continue to *use* a particular trademark in the marketplace, including the Comphy Sheets and Comfy Sheets marks at issue in the SAC. That is the essence of Plaintiff's claims in the SAC and the conduct for which Plaintiff seeks injunctive relief and damages.

Moreover, the T.T.A.B. will not address the numerous other issues and claims for relief set forth in the SAC, including but not limited to Plaintiff's claims for unfair competition, cyberpiracy, violation of the Fair Packaging and Labeling Act (SAC para. 27), violation of Federal Labeling Laws regarding identification of Country of Origin. SAC 29' and violation of Textile Fiber Product Identification Act (SAC 29); or Plaintiff's money damages.

What the USPTO will **not** do is determine Defendants' right to use the mark Comfy Sheets as a word mark or generally. That can only be decided by this Court. Indeed, the only matter the T.T.A.B. determines is registrability of the particular mark set forth in the application, but it has no jurisdiction or effect on whether Defendants may continue to sell goods in connection with a confusingly similar trademark in the marketplace, or even the registrability of other Comfy Sheets formative marks.

Without the Court's determination of Plaintiff's motion for default judgment, Defendants could serially file for variations on Comfy Sheets for the same goods as Plaintiff's goods, which would require that Plaintiff file a separate proceeding against each mark before the T.T.A.B.

Indeed, Pratik Jain has previously applied for a variation on Comfy Sheets, which was denied registration by the USPTO.

Resolution of the T.T.A.B. opposition proceeding will not resolve the issues in this case.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**B.     Staying The Ruling On Plaintiff's Motion For Default Judgement Will Delay Justice And Prejudice Plaintiff And Is Inconsistent With FRCP 1**

1.     <u>Delay of Justice</u>

Staying this matter pending the outcome of the opposition proceeding will cause undue delay, especially considering that the T.T.A.B.'s decision will only decide a very narrow issue relating to the registrability – not right to use – Mr. Jain's particular trademark with a cotton blossom design.

In its Institution of the Proceeding, the T.T.A.B. set case deadlines for the opposition proceeding on the New Application (see Notice of Institution attached hereto as **Exhibit 2**). In that Notice of Institution, the *trial briefing schedule will close on February 27, 2023* – which all but ensures that no decision will be made until the middle of 2023. Therefore, were the Court to stay this case pending a decision in the opposition proceeding, Plaintiff would be left in the position of having to wait more than an additional one half year to obtain relief it sought long ago. In the meantime, Defendants are now and will continue to infringe upon Plaintiff's rights, mislead and confuse the public, and damage both Plaintiff and the public.

Indeed, in the instant litigation, Plaintiff has undertaken all of the necessary steps to have the issues in this case decided, without the need for any other filings by Plaintiff. All that remains is a ruling by the Court on Plaintiff's pending motion for default judgment.

2.     <u>Policy "To Secure the Just, Speedy, and Inexpensive Determination of Every Action and Proceeding</u>

Entry of Default Judgment without delay is consistent with the policy expressed in Federal Rule of Civil Procedure 1, namely "to secure the just, speedy, and inexpensive determination of every action and proceeding."

Indeed, Plaintiff has outlined numerous instances of actual confusion in Mia Richardson's declaration (Docket No. 55) in support of Plaintiff's Motion for

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  Default Judgment, amply demonstrating not only prejudice to Plaintiff by delay but

2  also to the public.

3      Moreover, Defendants' use of false contact information in connection with

4  their online sales of the accused infringing goods further shows that Defendants

5  have taken measures calculated to ensure and sow consumer confusion. (Docket No.

6  36)

7      Plaintiff has been delayed at every turn in this case beginning on August 5,

8  2020, when Plaintiff requested (Docket No. 22), and the Court granted, entry of

9  default against Defendants (Docket No. 31). Thereafter, Plaintiff filed a motion for

10  judgment (Docket No. 33) at which time the Court reversed the entry of default for

11  lack of proper service (Docket No. 35). Defendants, who reside in India, were

12  nowhere to be found, and the addresses and telephone numbers in the United States,

13  as shown on its website, were fraudulent. As a result, Plaintiff sought an order to

14  alternatively serve Defendants through its trademark lawyer, Randy Michels

15  (Docket No. 40). Alternative service was granted by the Court (Docket No. ).

16  Plaintiff again requested default which was granted (Docket No. 50). Finally,

17  Plaintiff filed its Motion for Entry of Default Judgment, which was scheduled for

18  hearing on July 12, 2021 (Docket No. 55). The court took the matter under

19  advisement (Docket No. 57) and Plaintiff was still awaiting a ruling until the court

20  issued its OSC to which this response is made.

21      Staying this matter pending the outcome of the opposition proceeding will

22  cause undue delay to resolution and prejudice to Plaintiff and the public, and would

23  be inconsistent with letter and spirit of FRCP 1.

24  **C.    Defendants Had Numerous Opportunities To Have The Allegations**

25  **In Plaintiff's SAC Decided On The Merits, And Entering A Permanent**

26  **Injunction Will Not Prejudice Defendants**

27      While the Court expressed its preference for a resolution on the merits rather

28  than on only Plaintiff's allegations, it was Defendants who chose not to seek a

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  determination on the merits. Defendants had every opportunity to defend themselves

2  in this action as enumerated in the preceding section. Notwithstanding every

3  opportunity to do so, Defendants chose not to answer the SAC. Plaintiff should not

4  be made to suffer, and Defendants should not be rewarded, for Defendants' utter

5  disregard for this Court's authority.

6       Rather than answer for their conduct in the within action, Defendants

7  brazenly filed the New Application. To delay determination on Plaintiff's pending

8  Motion for Entry of Default Judgment in light of Mr. Jain's New Application is to

9  reward Defendants for their blatant disregard for this Court and their ongoing

10  unlawful conduct. While Plaintiff believes that it will prevail in opposing the New

11  Application, in the meantime, Defendants continue to infringe upon Plaintiff's

12  trademarks, and that will not change until this Court enjoins Defendants from

13  continuing to do so. Plaintiff should not be made to wait an additional one and a half

14  plus years for such relief.

15       **D.    Defendants Lack Good Faith In The Old Application Which Is The**

16  **Subject Of Plaintiff's Complaint**

17       The ruling on Plaintiff's Motion for Default Judgment is not only based upon

18  the substantive claims of trademark infringement, unfair competition and cyber

19  piracy, but it is also grounded in Defendants' bad faith. Again, this is evidence that

20  the scope of the SAC and the remedies sought thereunder is beyond the results of

21  any T.A.A.B decision on Defendants New Application. As set forth above, Plaintiff

22  sought, and obtained, an Order allowing Defendants to be served with summons and

23  the Second Amended Complaint by alternative service upon Defendants' trade mark

24  attorney Randy Michels. The grounds therefor included Defendants' addresses and

25  telephone numbers as they appear on its website links are fraudulent as set forth in

26  the declaration of Matthew Young filed in support of Plaintiff's Request for Default

27  (Docket No. 36), attached hereto as **Exhibit 3**. Mr. Young conducted an

28  investigation in hopes of discovering a business location for Defendant Comfy

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Sheets. On Comfy Sheets' seller profile page, the company's business address is listed as "78 S Avenue, Austin, Texas 78749," which I ultimately discovered to be a non-existent address. Additional Google, MapQuest and Westlaw searches yielded no relevant results. Also, Austin's Fire Department advised they were unaware of an address in Austin, Texas at "78 S Avenue". At the fire department's suggestion, a property search on the official website for the Travis Central Appraisal District at https://www.traviscad.org/property-search/ also yielded no results.

Defendants are in India, hiding from the public and acting in bad faith selling products that violate the Fair Packaging and Labeling Act (SAC para. 27), the Federal Labeling Laws regarding identification of Country of Origin (SAC para. 29), and the Textile Fiber Product Identification Act (SAC para. 29). Further, Defendants represent their sheets as having a cotton thread count of 1000; however, they contain a lesser thread count, are thinner, lighter and of a lesser quality than the sheets sold by Plaintiff (SAC para. 28).

Defendants are still hiding in India purposely making themselves unavailable to consumers. A delay of ruling on the Motion for Default Judgment continues to reward Defendants for their bad faith, prejudice Plaintiff, and harm the public.

Moreover, "Such bad faith is strong evidence that confusion is likely, as such an inference is drawn from the imitator's expectation of confusion." *L'Oréal S.A. v. Marcon*, 102 USPQ2d 1434 (TTAB 2012) (Likelihood of confusion is found).

**E.    The T.T.A.B. Is Aware Of This Courts Previous Judgment Enforcing Plaintiff's Trademark Rights**

When this action began, defendant Jagdish Chanderiya, an individual doing business as The Comfy Company, was a party. Mr. Chanderiya stipulated to judgement (Docket No. 27), and it was entered (Docket No. 21).[1] The entered

---

[1] The original stipulation sought (Docket No. 18) was found too broad by the Court (Docket No. 19) and was narrowed per this Court's requirement

stipulated judgment for injunctive relief tracks the default judgment that is prayed for against Defendants Pratik Jain and Comphy Sheets. In fact, the proposed order was drafted to track the language of the Stipulated Judgment and Order. Plaintiff submitted the Jagdish Chanderiya stipulation to the USPTO together with its opposition to Mr. Jain's New Application.

As set forth above, the relief sought in Plaintiff's Motion for Default Judgment is far broader than the narrow relief sought in the opposition proceeding.

The injunctive relief sought in Plaintiff's Motion for Default Judgment includes:

Offering for sale, soliciting sales, or selling any products under the designation Comfy, Comfy Sheets, Comphy, or Comphy Sheets, or any other COMPHY-formative designations as set forth in United States Patent Trademark Registration Nos. 3479190 and 5616144 (collectively, the "Comphy Trademarks"), or any mark, name, symbol, logo, configuration or other indicia that incorporates or is confusingly similar to the Comphy Trademarks; using either the word "comfy" or "comphy," alone or in combination with another word e.g., "sheet," "sheets," "co," or "company," including without limitation the designations "Comfy Sheets", "Comphy Bed and Bath", "Comphy Baby", "Comphy for Home", "Comphy for Professionals", "Comphy Touch", or "Comphy Sheets", or in connections with any goods, services, URL addresses, meta-tags, metadata, internet search terms, websites (including any third-party websites), social media accounts (e.g., Facebook, Instagram, or Twitter), or otherwise marketing or offering for sale sheets, apparel or blankets, directly or indirectly, through or on any store, sales platform or marketplace (including without limitation, an online-store, platform or marketplace (such as the Amazon website, or Amazon software applications), under the marks

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

"Comfy", "Comfy Company", "Comphy Co.", "Comphy Bed and Bath", "Comphy Baby", "Comphy for Home", "Comphy for Professionals", "Comphy Touch", or "Comphy Sheets".

While admittedly the injunction may have an effect on Defendant's New Application, the judgment sought is based on Plaintiff's rights regarding its existing trademark registrations as alleged in the SAC. On that basis, Plaintiff prays for a ruling on its Motion for Default Judgment without staying same pending the T.T.A.B's determination of the opposition proceedings on Defendants' New Application.

**F.     Ruling On The Motion For Default Judgment Will Not Violate The Separation Of Powers As The T.T.A.B. Routinely Defers To Proceedings Before The District Court**

The Court need not be concerned that it is entry of a default judgment will run afoul of the separation of powers. To the contrary, the T.T.A.B. expressly recognizes the primacy of Federal Court proceedings in trademark disputes.

In fact, the Federal Code of Regulations expressly provides that, whenever it comes to the attention of the Board that a party or parties to a case pending before it are involved in a civil action that may have a bearing on the Board case, proceedings before the Board may be suspended until final determination of the civil action. 37 C.F.R. § 2.117(a).

In fact, the Board expressly acknowledges that, because a civil action may involve other matters outside Board jurisdiction and may consider broader issues beyond right to registration, judicial economy is usually served by suspending the opposition proceedings, not the civil action. *New Orleans Louisiana Saints LLC v. Who Dat? Inc.*, 99 USPQ2d 1550, 1552 (TTAB 2011) (suspension of opposition pending decision in court action, as decision by district court may be binding on the Board, but determination by the Board of a Defendant's right to obtain or maintain a registration would not be ... res judicata in the court proceeding);*Goya Foods Inc. v.*

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

*Tropicana Products Inc.*, 846 F.2d 848, 6 USPQ2d 1950, 1954 (2d Cir. 1988) (doctrine of primary jurisdiction might be applicable if a district court action involved only the issue of registrability, but would not be applicable where court action concerns infringement where the interest in prompt adjudication far outweighs the value of having the views of the USPTO); *American Bakeries Co. v. Pan-O-Gold Baking Co.*, 650 F. Supp. 563, 2 USPQ2d 1208, 1211 (D. Minn. 1986) (primary jurisdiction should not be invoked where, *inter alia*, a stay of the district court action is more likely to prolong the dispute than lead to its economical disposition and where the district court action includes claims which cannot be raised before the Board).

Indeed, unless there are unusual circumstances, the Board will suspend proceedings in the case before it if the final determination of the other proceeding may have a bearing on the issues before the Board. 37 C.F.R. § 2.117(a). *See, e.g., New Orleans Louisiana Saints LLC v. Who Dat? Inc.*, 99 USPQ2d 1550, 1552 (TTAB 2011) (civil action need not be dispositive of Board proceeding, but only needs to have a bearing on issues before the Board); *General Motors Corp v. Cadillac Club Fashions, Inc.*, 22 USPQ2d 1933, 1936-37 (TTAB 1992) (relief sought in federal district court included an order directing Office to cancel registration involved in cancellation proceeding); *Other Telephone Co. v. Connecticut National Telephone Co.*, 181 USPQ 125, 126-27 (TTAB 1974) (decision in civil action for infringement and unfair competition would have bearing on outcome of Trademark Act § 2(d) claim before Board), *pet. denied*, 181 USPQ 779 (Comm'r 1974).

## III.   <u>CONCLUSION</u>

For the foregoing reasons, summarized below, staying the ruling on Plaintiff's motion for default judgement will unduly delay justice and result in prejudice to Plaintiff in the public: (1) resolution of the opposition proceeding will not resolve the claims at issue in this litigation; (2) Defendants had numerous opportunities to

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1   have the case heard on the merits, but chose to ignore this courts authority; (3)

2   entering a permanent injunction will not prejudice Defendants, as they will only be

3   prevented from doing that which is prohibited by law; (4) Defendants have acted in

4   bad faith by filing the New Application; and (5) the ruling on the default judgment

5   will not violate the separation of powers, the USPTO routinely staying opposition

6   proceedings pending the outcome of civil actions.

7       Accordingly, Plaintiff prays this court not to stay the ruling on Plaintiff's

8   Motion For Default Judgment.

9

10  DATED: September 14, 2021          FREEMAN, FREEMAN & SMILEY, LLP

11

12

13                        By:    _____*/s/ Robert Ezra*_____

14                              ROBERT EZRA
                               MARK B. MIZRAHI
15                             Attorneys for Plaintiff
                               COMPHY CO., INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90463089**
**Filing Date: 01/13/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | COMFY SHEETS |
| *COLOR MARK | YES |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a light blue circle containing a white cotton design over the light blue words "COMFY SHEETS". |
| *COLOR(S) CLAIMED (If applicable) | The color(s) light blue and white is/are claimed as a feature of the mark. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 940 x 939 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Jain, Pratik |
| INTERNAL ADDRESS | MADAN MOHAN TEXTILE |
| *MAILING ADDRESS | 31 Alagiri Singh St., Near Kamaraj Rd. |
| *CITY | Erode, Tamil Nadu |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | India |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 638001 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * | |

| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | India |
|---|---|

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| \*INTERNATIONAL CLASS | 024 |
|---|---|
| \*IDENTIFICATION | Bed sheets; Duvet covers; Pillow cases; Towels |
| \*FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 01/12/2021 |
|    FIRST USE IN COMMERCE DATE | At least as early as 01/12/2021 |
|    SPECIMEN FILE NAME(S) | |
|    ORIGINAL PDF FILE | SPE0-260148341004c8075f59 2266d8993c-20210112175732 318635_._com_dp_B07RZL4WN 2_ref_twister_B07WFDBQ2G__encoding_UTF8_th_1.pdf |
|    CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0007.JPG |
|    ORIGINAL PDF FILE | SPE0-1-260148341004c8075f 592266d8993c-202101121757 32318635_._com_dp_B07RZL4 WN2_ref_twister_B07WFDBQ2 G__encoding_UTF8_th_1.pdf |
|    CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\904\630\90463089\xml1\ FTK0012.JPG |
|    SPECIMEN DESCRIPTION | website screenshot showing the trademark with ordering info, accessed on January 12, 2021 and available at https://www.amazon.com/dp/B07RZL4WN2/ref=twister_B07WFDBQ2G?_encoding=UTF8&th=1 |
|    WEBPAGE URL | https://www.amazon.com/dp/B07RZL4WN2/ref=twister_B07WFDBQ2G?_encoding=UTF8&th=1 |
|    WEBPAGE DATE OF ACCESS | 01/12/2021 |

## ADDITIONAL STATEMENTS SECTION

| \*TRANSLATION (if applicable) | |
|---|---|
| \*TRANSLITERATION (if applicable) | |
| \*CLAIMED PRIOR REGISTRATION (if applicable) | |
| \*CONSENT (NAME/LIKENESS) (if applicable) | |
| \*CONCURRENT USE CLAIM (if applicable) | |
| DISCLAIMER | No claim is made to the exclusive right to use "SHEETS" apart from the mark as shown. |

## ATTORNEY INFORMATION

| NAME | Randy Michels |
|---|---|

| | |
|---|---|
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Trust Tree Legal, P.C. |
| **STREET** | 798 Berry Road #41400 |
| **CITY** | Nashville |
| **STATE** | Tennessee |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 37204 |
| **PHONE** | 615-469-0438 |
| **EMAIL ADDRESS** | randy@trust-tree.com |
| **OTHER APPOINTED ATTORNEY** | Bill Ferrell and Kevin Hartley |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Randy Michels |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | randy@trust-tree.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | docket@trust-tree.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *__TOTAL FEES DUE__ | 250 |
| *__TOTAL FEES PAID__ | 250 |
| **SIGNATURE INFORMATION** | |
| * **SIGNATURE** | /pratikjain/ |
| * **SIGNATORY'S NAME** | Pratik Jain |
| * **SIGNATORY'S POSITION** | Owner |
| * **DATE SIGNED** | 01/13/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478

Approved for use through 02/28/2021. OMB 0651-0009

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 90463089**
**Filing Date: 01/13/2021**

## To the Commissioner for Trademarks:

**MARK:** COMFY SHEETS (stylized and/or with design, see mark)
The literal element of the mark consists of COMFY SHEETS. The color(s) light blue and white is/are claimed as a feature of the mark. The mark consists of a light blue circle containing a white cotton design over the light blue words "COMFY SHEETS".
The applicant, Pratik Jain, a citizen of India, having an address of
    MADAN MOHAN TEXTILE
    31 Alagiri Singh St., Near Kamaraj Rd.
    Erode, Tamil Nadu 638001
    India
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 024:  Bed sheets; Duvet covers; Pillow cases; Towels

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 024, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/12/2021, and first used in commerce at least as early as 01/12/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website screenshot showing the trademark with ordering info, accessed on January 12, 2021 and available at https://www.amazon.com/dp/B07RZL4WN2/ref=twister_B07WFDBQ2G?_encoding=UTF8&th=1.

**Original PDF file:**
SPE0-260148341004c8075f59 2266d8993c-20210112175732 318635_._com_dp_B07RZL4WN 2_ref_twister_B07WFDBQ2G_ _encoding_UTF8_th_1.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
**Original PDF file:**
SPE0-1-260148341004c8075f 592266d8993c-202101121757 32318635_._com_dp_B07RZL4 WN2_ref_twister_B07WFDBQ2 G__encoding_UTF8_th_1.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

Webpage URL: https://www.amazon.com/dp/B07RZL4WN2/ref=twister_B07WFDBQ2G?_encoding=UTF8&th=1

Webpage Date of Access: 01/12/2021

**Disclaimer**
No claim is made to the exclusive right to use "SHEETS" apart from the mark as shown.

The owner's/holder's proposed attorney information: Randy Michels. Other appointed attorneys are Bill Ferrell and Kevin Hartley. Randy Michels of Trust Tree Legal, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
   798 Berry Road #41400
   Nashville, Tennessee 37204
   United States
   615-469-0438(phone)
   randy@trust-tree.com

Randy Michels submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
   Randy Michels
   PRIMARY EMAIL FOR CORRESPONDENCE: randy@trust-tree.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): docket@trust-tree.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

<b>Declaration</b>

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and

belief are believed to be true.

**Declaration Signature**

Signature: /pratikjain/   Date: 01/13/2021
Signatory's Name: Pratik Jain
Signatory's Position: Owner
Signature method: Sent to third party for signature
Payment Sale Number: 90463089
Payment Accounting Date: 01/13/2021

Serial Number: 90463089
Internet Transmission Date: Wed Jan 13 10:11:34 ET 2021
TEAS Stamp: USPTO/FTK-XXXX:XXX:XXXX:XXXX:XXXX:XXX:XX
XX:XXXX-20210113101134753851-90463089-76
0c383ee76c4e031d3a01f91b8f731869a7f8c815
61a36672be442cd311fa48d43-CC-11332193-20
210112175732318635





1/12/2021                         https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

elasticized Fitted Sheet.
- NO RISK PURCHASE 100% SATISFACTION GUARANTEE: Our #1 goal is to offer you the most amazing products at the best prices for the ultimate customer experience. We are super confident in the quality and comfort of our product that we offer a 100% satisfaction guarantee! Try our products and if you don't absolutely love them just let us know. If for some reason you are unsatisfied simply contact us within 30 days to return the product for a full refund.

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $9.99 instead of $59.99**! Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**White**  |  Size:**California King 22" Deep**

| Package Dimensions | 11.22 x 9.13 x 2.87 inches |
|---|---|
| Item Weight | 1.98 pounds |
| Manufacturer | Comfy Sheets |
| ASIN | B07RZL4WN2 |
| Customer Reviews | ★★★★☆ ▾   267 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #139,240 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#105 in Fitted Bed Sheets<br>#660 in Sheet & Pillowcase Sets |
| Fabric Type | 100% Long Staple Egyptian Pure Cotton - Sateen Weave |
| Batteries Required | No |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price? ▾

## Videos

### Videos for related products



The 10 Best Organic Sheets  `3:51`

Ezvid Wiki



The 10 Best Flannel Sheets  `4:04`

Ezvid Wiki



How to Choose the Right Sheets  `2:24`

Kin Community (No Preroll)



How to make your bed with DeBora Rachelle luxury bed sheets!  `3:56`

DeBora Rachelle Inc



DeBora Rachelle

DeBora Rachelle

Upload your video

## Customer Questions & Answers

See questions and answers

## Customer reviews

★★★★☆ **4.2 out of 5**

267 global ratings



- How are ratings calculated?

## Customer images



See all customer images

[ Top reviews ▾ ]

### Top reviews from the United States

**Jkeith**

 **What's included in the package ?**

Reviewed in the United States on August 6, 2019

Color: Stone Grey   Size: Queen 15" Deep   Verified Purchase

Reason not 5 Starz and not a 3 , thought I was getting Bed SHEET'S, not A bed sheet as in 1, beware , this isn't a Complete set ! , it's just 1 BOTTOM SHEET..seems nice but WOW, ! I need to read better next time ?. 35$ 1 sheet , IM GOING TO ENJOY THIS ONE ! The ad says SHEET'S$$$$ ,all I'm saying. Well, Be good ,Peace to all !OH And yes ,Sleep well on your ,sheet !, LOL ( I guess whole set would cost, lets see 35 × 4 = $140 plus tax ? ) bottom line I think I'll pass ,NICE SHEET ,BUT OVER PRICED! hope this helps someone else before they buy there SET of SHEET'S$$$$..peace and love to everyone!

15 people found this helpful

[ Helpful ]   Report abuse

**JLW**

★☆☆☆☆ **Not Egyptian Sateen Cotton**

Reviewed in the United States on April 4, 2020

Color: White   Size: King 15" Deep   Verified Purchase

Received one king fitting sheet... these sheets are NOT Egyptian Sateen Cotton. They are 100% cotton sheets..their is a huge difference in the threads and sheen and softness in Egyptian sateen cotton than just cotton sheets. Cotton sheets are rough, and dont breath.... Dont waste your money, buy some wamsutta dream zone sheets they are the best!

2 people found this helpful

[ Helpful ]   Report abuse

**GregP**

★★★☆☆ **Mediocre at best**

Reviewed in the United States on May 28, 2020

Color: White   Size: King 15" Deep   Verified Purchase

These are average quality sheets that are mediocre at best. They are more of what you'd expect of a $10-$15 sheet. Definitely not a high end, hotel quality linen. I'd recommend not purchasing this item because it's definitely not worth $37 for just the fitted sheet. I've yet to find a superior quality individual sheet or sheet set on Amazon for a good price. It's back to the bedding stores for a good sheet set!

One person found this helpful

[ Helpful ]   Report abuse

**Shiva H.**

★☆☆☆☆ **Don't but!**

Reviewed in the United States on June 4, 2020

Verified Purchase

These sheets started off great...for the first 3 days. Then it started piling. Tons of lint balls. Looks like a 10 year old sheet now.

2 people found this helpful

[ Helpful ]   Report abuse

**B K Branum**

★★☆☆☆ **Soft but ball up on the surface!**

Reviewed in the United States on July 22, 2020
Verified Purchase

The sheets fit the bed very well and look like they will last. The BIG problem is that after 3 washes or so, the surface starts to ball up like you have seen sweaters do. These tiny cotton pills cover the surface were the wear happens, where you sleep. Obviously this makes the surface a bit rough. I like a smooth, cotton surface which is what I hoped these high-thread-count sheets would deliver - but NO!

Helpful | Report abuse

 Amazon Customer

★★★★★ Nice
Reviewed in the United States on March 17, 2020
Color: White | Size: King 15" Deep | Verified Purchase

I purchased a king size fitted sheet for our bed. It arrived very quickly, in original packaging, and I immediately put it in the washer. That night we used it on our bed. It fit well and it is super soft. I'm am extremely happy with the sheet and I recommend it to anyone needing new sheets.

20 people found this helpful

Helpful | Report abuse

 nik

★★★☆☆ Not soft to my liking
Reviewed in the United States on March 26, 2020
Color: Stone Grey | Size: Queen 15" Deep | Verified Purchase

I like the color and price of the sheets but they weren't soft like I wanted them. I thought egyptian cotton was supposed to be super soft but it wa more rough. After buying several different brands I now know that the Egyptian cotton isn't my kind of soft. I did however purchase a new set from here so I'm excited about that. I have nothing bad to say about my order though. Great shipping/price/ friendly service.

2 people found this helpful

Helpful | Report abuse

chitta

★★★★★ feels great. to sleep on this.
Reviewed in the United States on August 25, 2019
Color: Stone Grey | Size: Queen 15" Deep | Verified Purchase

Very soft and comfortable. Make sure to wash the first time you open it out of packaging. There was a smell when I took it out of packaging. A wash cleaned and softened it all very nicely.

22 people found this helpful

Helpful | Report abuse

See all reviews ›

---

Top rated from our brands







Amazon Basics Heather Cotton Jersey Bed Sheet Set - Full, Dark Grey
★★★★☆ 8,539
$42.65

Amazon Basics Lightweight Super Soft Easy Care Microfiber Sheet Set with 16"...
★★★★☆ 179,209
#1 Best Seller in Sheet & Pillowcase Sets
$14.99
In stock on January 20, 2021.

Luxus Premium 1000 Thread Count Cotton Blend Queen Size Bed Sheets - 4 Pieces Set...
★★★★☆ 109
$42.99

Amazon Brand – Rivet Contrast Hem Breathable Cotton Linen Bed Sheet Set, Full,...
★★★★☆ 216
$82.24
Only 3 left in stock - order...

---

See personalized recommendations

Sign in

New customer? Start here.

Back to top

1/12/2021                        https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell products on
Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money
with Us

**Amazon Payment Products**

Amazon Rewards Visa
Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-
19

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your Content
and Devices

Amazon Assistant

Help

amazon

🌐 English    ⇕        ▦ United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions<br>of songs | **Amazon**<br>**Advertising**<br>Find, attract, and<br>engage customers | **Amazon Drive**<br>Cloud storage<br>from Amazon | **6pm**<br>Score deals<br>on fashion<br>brands | **AbeBooks**<br>Books, art<br>& collectibles | **ACX**<br>Audiobook<br>Publishing<br>Made Easy | **Alexa**<br>Actionable<br>Analytics<br>for the Web |
| **Sell on Amazon**<br>Start a Selling<br>Account | **Amazon**<br>**Business**<br>Everything For<br>Your Business | **Amazon Fresh**<br>Groceries & More<br>Right To Your Door | **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Experienced Pros<br>Happiness Guarantee | **Amazon Ignite**<br>Sell your original<br>Digital Educational<br>Resources | **Amazon**<br>**Rapids**<br>Fun stories for<br>kids on the go |
| **Amazon Web**<br>**Services**<br>Scalable Cloud<br>Computing<br>Services | **Audible**<br>Listen to Books &<br>Original<br>Audio<br>Performances | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Box Office**<br>**Mojo**<br>Find Movie<br>Box Office Data | **ComiXology**<br>Thousands of<br>Digital Comics | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion |
| **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>&<br>recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info<br>Entertainment<br>Professionals<br>Need | **Kindle Direct**<br>**Publishing**<br>Indie Digital & Print<br>Publishing<br>Made Easy | **Amazon Photos**<br>Unlimited Photo<br>Storage<br>Free With Prime | **Prime Video**<br>**Direct**<br>Video<br>Distribution<br>Made Easy |
| **Shopbop**<br>Designer<br>Fashion Brands | **Amazon**<br>**Warehouse**<br>Great Deals on<br>Quality Used<br>Products | **Whole Foods Market**<br>America's Healthiest<br>Grocery Store | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing | **Ring**<br>Smart Home<br>Security Systems | **eero WiFi**<br>Stream 4K<br>Video<br>in Every Room |

1/12/2021                    https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1



Home & Kitchen › Bedding › Sheets & Pillowcases › Sheet & Pillowcase Sets

California King 22" Deep

| Size | California King 22" Deep |
|---|---|
| Brand | Comfy Sheets |
| Color | White |
| Material | Long Staple Egyptian Pure Cotton - Sateen Weave |
| Thread count | 1000 |

### About this item

- 100% Long Staple Egyptian Pure Cotton - Sateen Weave
- LUXURY AND COMFORT: Experience the grandeur of 5 Star indulgence when you sleep in these super soft 100% Egyptian Fitted Sheet. This exquisite Sheet has been painstakingly crafted from the finest 100% Egyptian cotton yarns keeping your comfort in mind.
- SAY NO TO MICROFIBER: 100% Cotton Sheets. We specialize in manufacturing some of the softest and most luxurious cotton Sheets in the industry. And that includes our top of the line products - our Egyptian cotton Sheets. A genuine 1000 thread count Sheet Set crafted from the finest Egyptian cotton yarns. No misleading Title or Description. Unbeatable prices
- CLASSIC TAILORED LOOK WITH DEEP POCKETS: California King Fitted Sheet measures 72"x84"x22". Comes in many attractive colors to suit your bedroom décor. Fully elasticized fitted Sheets with 22 inch deep pockets are generously sized to fit deep and pillow-top mattresses Upto 25"
- PACKAGE CONTENTS: Package contains 1 Fully

elasticized Fitted Sheet.
- NO RISK PURCHASE 100% SATISFACTION
  GUARANTEE: Our #1 goal is to offer you the most
  amazing products at the best prices for the ultimate
  customer experience. We are super confident in the
  quality and comfort of our product that we offer a
  100% satisfaction guarantee! Try our products and
  if you don't absolutely love them just let us know. If
  for some reason you are unsatisfied simply contact
  us within 30 days to return the product for a full
  refund.

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $9.99 instead of $59.99!** Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

**Have a question?**

Find answers in product info, Q&As, reviews

Q  Type your question or keyword

**Product information**

Color:**White**  |  Size:**California King 22" Deep**

| Package Dimensions | 11.22 x 9.13 x 2.87 inches |
| --- | --- |
| Item Weight | 1.96 pounds |
| Manufacturer | Comfy Sheets |
| ASIN | B07RZL4WN2 |
| Customer Reviews | ★★★★☆ ˅   267 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #139,240 in Home & Kitchen (See Top 100<br>in Home & Kitchen)<br>#105 in Fitted Bed Sheets<br>#660 in Sheet & Pillowcase Sets |
| Fabric Type | 100% Long Staple Egyptian Pure Cotton -<br>Sateen Weave |
| Batteries Required | No |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ˅

**Videos**

**Videos for related products**



The 10 Best Organic Sheets

Ezvid Wiki



The 10 Best Flannel Sheets

Ezvid Wiki



How to Choose the Right Sheets

Kin Community (No Preroll)



How to make your bed with
DeBora Rachelle luxury bed sheets!

DeBora Rachelle Inc



DeBora Rachelle

DeBora Rachelle

Upload your video

**Customer Questions & Answers**

See questions and answers

## Customer reviews

 4.2 out of 5

267 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 12% |
| 3 star | | 9% |
| 2 star | | 4% |
| 1 star | | 10% |

˅ How are ratings calculated?

### Customer images



See all customer images

Top reviews ˅

### Top reviews from the United States

**Jkeith**

 **What's included in the package ?**

Reviewed in the United States on August 6, 2019

Color: Stone Grey    Size: Queen 15" Deep    Verified Purchase

Reason not 5 Starz and not a 3 , thought I was getting Bed SHEET'S, not A bed sheet as in 1, beware , this isn't a Complete set ! , it's just 1 BOTTOM SHEET..seems nice but WOW, ! I need to read better next time ?. 35$ 1 sheet , IM GOING TO ENJOY THIS ONE ! The ad says SHEET'SSSSS ,all I'm saying. Well, Be good ,Peace to all !OH And yes ,Sleep well on your sheet !, LOL ( I guess whole set would cost, lets see 35 × 4 = $140 plus tax ? ) bottom line I think I'll pass ,NICE SHEET ,BUT OVER PRICED! hope this helps someone else before they buy there SET of SHEET'SSSSS..peace and love to everyone!

15 people found this helpful

[ Helpful ]    Report abuse

**JLW**

 **Not Egyptian Sateen Cotton**

Reviewed in the United States on April 4, 2020

Color: White    Size: King 15" Deep    Verified Purchase

Received one king fitting sheet... these sheets are NOT Egyptian Sateen Cotton. They are 100% cotton sheets..their is a huge difference in the threads and sheen and softness in Egyptian sateen cotton than just cotton sheets. Cotton sheets are rough, and dont breath.... Dont waste your money, buy some wamsutta dream zone sheets they are the best!

2 people found this helpful

[ Helpful ]    Report abuse

**GregP**

 **Mediocre at best**

Reviewed in the United States on May 28, 2020

Color: White    Size: King 15" Deep    Verified Purchase

These are average quality sheets that are mediocre at best. They are more of what you'd expect of a $10-$15 sheet. Definitely not a high end, hotel quality linen. I'd recommend not purchasing this item because it's definitely not worth $37 for just the fitted sheet. I've yet to find a superior quality individual sheet or sheet set on Amazon for a good price. It's back to the bedding stores for a good sheet set!

One person found this helpful

[ Helpful ]    Report abuse

**Shiva H.**

 **Don't but!**

Reviewed in the United States on June 4, 2020

Verified Purchase

These sheets started off great...for the first 3 days. Then it started piling. Tons of lint balls. Looks like a 10 year old sheet now.

2 people found this helpful

[ Helpful ]    Report abuse

**B K Branum**

⭐⭐☆☆☆ **Soft but ball up on the surface!**

1/12/2021    https___www.amazon.com_dp_B07RZL4WN2_ref=twister_B07WFDBQ2G__encoding=UTF8&th=1

Reviewed in the United States on July 22, 2020
Verified Purchase

The sheets fit the bed very well and look like they will last. The BIG problem is that after 3 washes or so, the surface starts to ball up like you have seen sweaters do. These tiny cotton pills cover the surface were the wear happens, where you sleep. Obviously this makes the surface a bit rough. I like a smooth, cotton surface which is what I hoped these high-thread-count sheets would deliver - but NO!

Helpful      Report abuse

 Amazon Customer

★★★★★ **Nice**
Reviewed in the United States on March 17, 2020
Color: White   Size: King 15" Deep   Verified Purchase

I purchased a king size fitted sheet for our bed. It arrived very quickly, in original packaging, and I immediately put it in the washer. That night we used it on our bed. It fit well and it is super soft. I'm am extremely happy with the sheet and I recommend it to anyone needing new sheets.

20 people found this helpful

Helpful      Report abuse

 nik

★★★☆☆ **Not soft to my liking**
Reviewed in the United States on March 26, 2020
Color: Stone Grey   Size: Queen 15" Deep   Verified Purchase

I like the color and price of the sheets but they weren't soft like I wanted them. I thought egyptian cotton was supposed to be super soft but it wa more rough. After buying several different brands I now know that the Egyptian cotton isn't my kind of soft. I did however purchase a new set from here so I'm excited about that. I have nothing bad to say about my order though. Great shipping/price/ friendly service.

2 people found this helpful

Helpful      Report abuse

chitta

★★★★★ **feels great. to sleep on this.**
Reviewed in the United States on August 25, 2019
Color: Stone Grey   Size: Queen 15" Deep   Verified Purchase

Very soft and comfortable. Make sure to wash the first time you open it out of packaging. There was a smell when I took it out of packaging. A wash cleaned and softened it all very nicely.

22 people found this helpful

Helpful      Report abuse

See all reviews ›

---

Top rated from our brands









Amazon Basics Heather Cotton Jersey Bed Sheet Set - Full, Dark Grey
★★★★☆ 8,539
$42.65

Amazon Basics Lightweight Super Soft Easy Care Microfiber Sheet Set with 16"...
★★★★☆ 179,209
#1 Best Seller in Sheet & Pillowcase Sets
$14.99
In stock on January 20, 2021.

Luxus Premium 1000 Thread Count Cotton Blend Queen Size Bed Sheets - 4 Pieces Set...
★★★★☆ 109
$42.99

Amazon Brand – Rivet Contrast Hem Breathable Cotton Linen Bed Sheet Set, Full,...
★★★★☆ 216
$82.24
Only 5 left in stock - order...

---

See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English ⇅        🇺🇸 United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy |
| Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video In Every Room |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2020, Amazon.com, Inc. or its affiliates

# EXHIBIT 2

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

August 26, 2021

Opposition No. 91271323
Serial No. 90463089

RANDY MICHELS
TRUST TREE LEGAL, P.C.
798 BERRY ROAD #41400

NASHVILLE, TN 37204

*The Comphy Co.*
*v.*

*Jain, Pratik*

STEVEN P. FALLON
GREER, BURNS & CRAIN, LTD.
300 SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606

**ESTTA1155815**

**NOTICE OF INSTITUTION**

The opposer (plaintiff) identified above has filed a notice of opposition to the registration sought by applicant (defendant) in the above-identified application. This notice of institution is forwarded pursuant to Trademark Rules 2.105(b) and (c), and constitutes service of the notice of opposition on applicant. An electronic version of the notice of opposition is viewable on TTABVUE at https://ttabvue.uspto.gov/ttabvue/. *See* Trademark Rule 2.105(a). The parties should diligently monitor this proceeding via TTABVUE.

**APPLICANT MUST FILE ANSWER THROUGH ESTTA**

As required in the schedule below, **applicant must file an answer within forty (40) days from the date of this order.** Failure to file a timely answer may result

in the entry of default judgment and abandonment of the application. Regarding when a deadline falls on a Saturday, Sunday or federal holiday, *see* Trademark Rule 2.196. Applicant must file the answer through ESTTA - Electronic System for Trademark Trials and Appeals, unless ESTTA is unavailable due to technical problems or extraordinary circumstances are present. An answer filed on paper under these limited circumstances must be accompanied by a Petition to the Director (and the required fee under Trademark Rule 2.6). *See* Trademark Rule 2.106(b)(1). In substance, applicant's answer must comply with Fed. R. Civ. P. 8(b); it must admit or deny the allegations in the notice of opposition, and may include available defenses and counterclaims. Regarding the form and content of an answer, *see* Trademark Rule 2.106(b)(2) and TBMP § 311.

**DUTY TO MAINTAIN ACCURATE CORRESPONDENCE INFORMATION**
Throughout this proceeding, the parties, and their attorneys or representatives, must notify the Board of any correction or update of physical address and email address, and should use the ESTTA change of address form. *See* Trademark Rule 2.18(b); TBMP § 117.

**SERVICE OF ANSWER AND OF ALL SUBMISSIONS**
The service of the answer, and all other submissions in this proceeding, and of all matters that are required to be served but not required to be filed in the proceeding record, **must** be by **email** unless the parties stipulate otherwise. Trademark Rule 2.119(b). In the absence of a stipulation, service may be by other means **only** under the **limited** circumstances and in a manner specified in Trademark Rule 2.119(b). Regarding the signing and service of all submissions, *see* TBMP §§ 113-113.04.

The answer, and all other submissions, **must** include proof of service. As noted in TBMP § 113.03, proof of service may be in the following certificate of service form:

> *I hereby certify that a true and complete copy of the foregoing (insert title of submission) has been served on (insert name of opposing counsel or party) by forwarding said copy on (insert date of mailing), via email (or insert other appropriate method of delivery) to:  (set out name, and address or email address of opposing counsel or party).*
>
> *Signature_____*
> *Date_____*

**SUBMIT ALL FILINGS ONLINE VIA ESTTA**
Submissions **must** be filed via ESTTA, the Board's online filing system, unless ESTTA is unavailable due to technical problems or extraordinary circumstances are present. Trademark Rule 2.126(a). Submissions may be filed in paper form **only** under the **limited** circumstances specified in Trademark Rule 2.126(b), with a

required written explanation. ESTTA is accessible at the Board's web page: https://estta.uspto.gov/. The page has instructions and tips. ESTTA offers various forms, some of which may require attachments and/or a fee. For technical questions, a party may call 571-272-8500 (Mon. - Fri. 8:30 - 5:00 ET) or email ESTTA@uspto.gov. This proceeding involves several deadlines, and due to potential technical issues, parties should not wait until the deadline to submit filings. The Board may **decline to consider** an untimely submission. Moreover, Trademark Rule 2.126 sets forth the required form and format for all submissions (*e.g.*, page limitations), and the Board may **decline to consider** any submission that does not comply with this rule, including, but not limited to motions, briefs, exhibits, and deposition transcripts.

## CONFERENCE, DISCOVERY, DISCLOSURE AND TRIAL SCHEDULE

| | |
|---|---|
| Time to Answer | 10/5/2021 |
| Deadline for Discovery Conference | 11/4/2021 |
| Discovery Opens | 11/4/2021 |
| Initial Disclosures Due | 12/4/2021 |
| Expert Disclosures Due | 4/3/2022 |
| Discovery Closes | 5/3/2022 |
| Plaintiff's Pretrial Disclosures Due | 6/17/2022 |
| Plaintiff's 30-day Trial Period Ends | 8/1/2022 |
| Defendant's Pretrial Disclosures Due | 8/16/2022 |
| Defendant's 30-day Trial Period Ends | 9/30/2022 |
| Plaintiff's Rebuttal Disclosures Due | 10/15/2022 |
| Plaintiff's 15-day Rebuttal Period Ends | 11/14/2022 |
| Plaintiff's Opening Brief Due | 1/13/2023 |
| Defendant's Brief Due | 2/12/2023 |
| Plaintiff's Reply Brief Due | 2/27/2023 |
| Request for Oral Hearing (optional) Due | 3/9/2023 |

## PARTIES ARE REQUIRED TO HOLD DISCOVERY CONFERENCE

The parties are required to schedule and hold a discovery conference by the deadline in the schedule in this order, or as reset by the Board. In the conference, the parties are required to discuss, at a minimum, 1) the nature and basis of their claims and defenses, 2) the possibility of promptly settling, or at least narrowing the scope of claims or defenses, and 3) arrangements for disclosures, discovery, preserving discoverable information and introduction of evidence at trial. For guidance, *see* Fed. R. Civ. P. 26(f), Trademark Rule 2.120(a)(2)(i) and TBMP §§ 401.01 and 408.01(a).

The parties must hold the conference in person, by telephone or by a means on which they agree. A Board interlocutory attorney or administrative trademark judge will participate in the conference either upon request of any party made no later than ten (10) days prior to the conference deadline, or when the Board deems it useful to have Board involvement. *See* Trademark Rule 2.120(a)(2)(i). A request for Board participation must be made either through ESTTA, or by telephone call to the assigned interlocutory attorney named on the TTABVUE record for this proceeding. A party requesting Board participation should first determine possible dates and times when all parties are available. A conference with a Board attorney's participation will be by telephone in accordance with the Board's instructions.

For efficiency, the parties may stipulate to various procedural and substantive disclosure, discovery and trial matters (*e.g.*, modification of deadlines and obligations) upon written stipulation and approval by the Board. Trademark Rule 2.120(a)(2)(iv) provides a non-exhaustive list of matters to which parties may stipulate. The best practice is to reduce all stipulations to writing. If email service is not practical, such as for voluminous document production in discovery, the parties should discuss in the conference how production will be made. The parties, and their attorneys or representatives, have **a duty to cooperate** in the discovery process. TBMP § 408.01.

**PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION**
The Board's Standard Protective Order is automatically imposed in all *inter partes* proceedings, and is available at: https://www.uspto.gov/trademarks-application-process/appealing-trademark-decisions/standard-documents-and-guidelines-0.
During their conference, the parties should discuss whether they will use an alternative or modified protective order, subject to approval by the Board. *See* Trademark Rule 2.116(g) and TBMP § 412. The standard order does not automatically protect confidential information; its provisions for designating confidential information must be utilized as needed by the parties. Trademark Rule 2.126(c) sets forth the procedure for filing confidential submissions.

**ACCELERATED CASE RESOLUTION (ACR)**
During their conference, the parties are to discuss whether they wish to seek mediation or arbitration, and whether they can stipulate to the Board's Accelerated Case Resolution (ACR) process for a more efficient and cost-effective means of obtaining the Board's determination of the proceeding. For details, and examples of ACR proceedings, *see* TBMP § 528, and the Board's webpage: https://www.uspto.gov/ttab.

**INITIAL DISCLOSURES AND DISCOVERY**

Regarding the deadline for and contents of initial disclosures, *see* Trademark Rules 2.120(a)(1) and (2)(i), and TBMP § 401.02. Regarding deadlines for serving and responding to discovery, *see* Trademark Rule 2.120(a)(3) and TBMP § 403.03. Certain provisions of Fed. R. Civ. P. 26 are applicable in modified form. Note that written discovery (interrogatories, requests for production, requests for admission) must be served **early** enough so that responses will be due **no later than** the close of discovery. Regarding the scope and limits of discovery, *see* TBMP 414; discoverable items may include documents, tangible things, and electronically stored information (ESI).

**MOTIONS**

Certain provisions of Fed. R. Civ. P. 11 apply to all submissions in Board proceedings. *See* TBMP § 527.02. Regarding available motions, *see* TBMP Chapter 500. Regarding applicable deadlines to respond to motions, depending on the motion filed, *see* Trademark Rules 2.127(a) and (e)(1). When a party timely files a potentially dispositive motion the proceeding is suspended with respect to all matters not germane to the motion. *See* Trademark Rule 2.127(d). In addressing motions or other filings, if it appears to the Board that a telephone conference would be beneficial, or upon request of one or both parties, the Board may schedule a conference. *See* Trademark Rule 2.120(j)(1) and TBMP § 502.06(a).

**PRETRIAL DISCLOSURES, TRIAL AND BRIEFING**

Regarding the procedures and deadlines for pretrial disclosures and trial, and specifically the noticing, taking, serving and submitting of evidence and testimony, *see* Trademark Rules 2.120(k), 2.121, 2.122, 2.123 and 2.125, as well as TBMP Chapter 700. The parties should review these authorities. For example: witness testimony may be submitted in the form of affidavit or declaration subject to the right to oral cross examination; transcripts of testimony depositions, with exhibits, must be served on each adverse party within thirty (30) days after completion of taking the testimony; certified transcripts and exhibits must be filed, with notice of such filing served on each adverse party; and all notices of reliance must be submitted during the submitting party's assigned testimony period and must indicate generally the relevance the evidence and associate it with one or more issues.

Main briefs shall be filed in accordance with Trademark Rules 2.128(a) and (b). An oral hearing is not required, but will be scheduled upon separate notice timely filed pursuant to Trademark Rule 2.129(a). Regarding briefs and oral hearings, *see* TBMP §§ 801-802.

**TIPS FOR FILING EVIDENCE, TESTIMONY, OR LARGE DOCUMENTS**

The Board requires each submission to meet the following criteria before it will be considered: 1) pages must be legible and easily read on a computer screen; 2) page

orientation should be determined by its ease of viewing relevant text or evidence, for example, there should be no sideways or upside-down pages; 3) pages must appear in their proper order; 4) depositions and exhibits must be clearly labeled and numbered – use separator pages between exhibits and clearly label each exhibit using sequential letters or numbers - and 5) the entire submission should be text-searchable. Additionally, submissions must be compliant with Trademark Rules 2.119 and 2.126. Submissions failing to meet all of the criteria above may require re-filing. **Note:** Parties are strongly encouraged to check the entire document before filing.[1] The Board will not extend or reset proceeding schedule dates or other deadlines to allow time to re-file documents. For more tips and helpful filing information, please visit the please visit the ESTTA help webpage.

## LEGAL RESOURCES AVAILABLE AT WEB PAGE

For a general description of Board proceedings, *see* TBMP §102.03. Proceedings are governed by the Trademark Rules of Practice in Parts 2 and 7 of Title 37 of the Code of Federal Regulations. These rules, the Manual of Procedure (TBMP), information on Accelerated Case Resolution (ACR) and Alternative Dispute Resolution (ADR), and many Frequently Asked Questions, are available on the Board's web page, at:

https://www.uspto.gov/ttab. The parties should check the web page for important changes, announcements, etc., many of which apply to proceedings already in progress.

## PARTIES NOT REPRESENTED BY COUNSEL

This proceeding is similar to a civil action in a federal district court and can be complex. The Board **strongly** advises all parties to secure the services of an attorney who is familiar with trademark law and Board procedure. The Board cannot aid in the selection of an attorney. *See* TBMP § 114.02. The Board requires strict compliance with all applicable authorities whether or not the party is represented by counsel.

## PARTIES WITHOUT A U.S. DOMICILE MUST SECURE U.S. COUNSEL

Effective August 3, 2019, the USPTO amended its rules to require applicants, registrants or parties to a proceeding whose domicile is not located within the U.S. or its territories to be represented by an attorney who is an active member in good standing of the bar of the highest court of a state in the U.S., including the District of Columbia or any Commonwealth or territory. Attorney information requires applicant's appointed attorney to provide email and bar information as follows: Year of admission, State or territory of admission and, bar number if one is issued. 84 FR 31498 (Requirement of U.S. Licensed Attorney for Foreign Trademark Applicants and Registrants, July 2, 2019). Until ESTTA forms are available which will mask the bar information, an attorney may file the required information through ESTTA

---

[1] To facilitate accuracy, ESTTA provides thumbnails to view each page before submitting.

and select "confidential." A filing under "confidential" is not made available for public viewing.

**NOTIFY BOARD OF ALL PENDING ACTIONS**

If the parties are, or during the pendency of this proceeding become, parties in another Board proceeding or a civil action involving the same or related marks, or involving any issues of law or fact which are also in this proceeding, they shall notify the Board immediately. *See* Trademark Rule 2.106(b)(3)(i). The Board will consolidate and/or suspend related Board proceedings, as appropriate. *See* Trademark Rule 2.117(c); TBMP §§ 510 and 511.

# EXHIBIT 3

## DECLARATION OF MATTHEW A. YOUNG

I, Matthew A. Young, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts in the State of California. I am an attorney with Freeman, Freeman & Smiley, LLP, counsel for Plaintiff Comphy Co., Inc. ("Comphy") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. On February 3, 2021, I conducted an investigation in hopes of discovering a business location for Defendant Comfy Sheets.

3. I began my investigation by reviewing Comfy Sheet's seller profile on Amazon.com's website. Specifically, that profile page can be found at: https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isC BA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A 1T2AIX22Q3VKR&sshmPath.

4. On Comfy Sheets' seller profile page, the company's business address is listed as "78 S Ave., Austin, Texas 78749," which I ultimately discovered to be a non-existent address.

5. After seeing the Austin, Texas address that Comfy Sheets provided on Amazon.com, I ran it through a Google search, which yielded no relevant results. I also ran the address through Mapquest.com, which also yielded no relevant results. I also ran a public records search for the address on Westlaw, which also yielded no relevant results.

6. At approximately 10:24 a.m. on February 3, 2021, I called the general contact number for the Austin Fire Department, at 512-974-0131, and I spoke with two Fire Chiefs. Both Chiefs advised me that they were unaware of any address in Austin, Texas at "78 S Ave." They suggested that I run a property search with that address on the official website for the Travis Central Appraisal District at https://www.traviscad.org/property-search/.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

7.      My search for "78 S Ave., Austin, Texas 78749" on the Travis Central Appraisal District website yielded no results.

8.      Based on the above, I must conclude that Defendant Comfy Sheets provided a false, non-existent address on its seller profile page on Amazon.com.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed February 4, 2021, at Los Angeles, California.

Matthew A. Young

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4812201.1 25788-805

13

PLAINTIFF'S RESPONSE TO JANUARY 20, 2021 ORDER TO SHOW CAUSE [ECF DOC. 35]