**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| COMPHY CO., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMFY SHEET; PRATIK JAIN, an individual doing business as Comfy Sheet,<br><br>Defendants. | Case № 2:20-cv-03029-ODW (Ex)<br><br>**JUDGMENT BY DEFAULT** |

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (ECF No. 61), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

///
///
///
///
///
///
///
///
///

1. Plaintiff Comphy Co., Inc. shall have **JUDGMENT BY DEFAULT** in its favor;
2. Defendant Pratik Jain shall pay Plaintiff the sum of five hundred thirty nine thousand five hundred twenty two dollars and twenty-eight cents ($539,522.28);
3. Defendant is hereby **ENJOINED** and **PROHIBITED** from infringement of Plaintiff's trademark in the stylized "C" mark, United States Trademark Registration Number 5616144; and
4. Defendant is hereby **ENJOINED** and **PROHIBITED** from infringement of Plaintiff's trademark in the "The COMPHY Co." mark, United States Trademark Registration Number 3,479,190.

**IT IS SO ORDERED.**

November 2, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**