AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the Central District of California** on the following

☒ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-03029-ODW | DATE FILED<br>3/31/2020 | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>COMPHY CO., INC. | | DEFENDANT<br>COMFY SHEET; and PRATNIK JAIN doing business as Comfy Sheet |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,479,190 | 8/5/2008 | THE COMPHY CO. |
| 2 | 5,616,144 | 11/27/2018 | THE COMPHY CO. |
| 3 | 87/863035 | N/A | THE COMPHY CO. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 11/2/21 Default Judgment |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>11/2/21 |
|---|---|---|

X

Copy 1—Upon initiation of action, mail this copy to Director  Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| COMPHY CO., INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMFY SHEET; PRATIK JAIN, an individual doing business as Comfy Sheet,<br><br>　　　　　Defendants. | Case № 2:20-cv-03029-ODW (Ex)<br><br>**JUDGMENT BY DEFAULT** |

　　　Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (ECF No. 61), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

///
///
///
///
///
///
///
///
///

1. Plaintiff Comphy Co., Inc. shall have **JUDGMENT BY DEFAULT** in its favor;
2. Defendant Pratik Jain shall pay Plaintiff the sum of five hundred thirty nine thousand five hundred twenty two dollars and twenty-eight cents ($539,522.28);
3. Defendant is hereby **ENJOINED** and **PROHIBITED** from infringement of Plaintiff's trademark in the stylized "C" mark, United States Trademark Registration Number 5616144; and
4. Defendant is hereby **ENJOINED** and **PROHIBITED** from infringement of Plaintiff's trademark in the "The COMPHY Co." mark, United States Trademark Registration Number 3,479,190.

**IT IS SO ORDERED.**

November 2, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**