Robert Ezra (SBN: 68872)
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
E-mail: robert.ezra@ffslaw.com
Tel: (310) 255-6100
Fax: (310) 266-6200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

COMPHY CO., INC., a California corporation,

Plaintiff(s)

v.

COMFY SHEET; and PRATIK JAIN, an individual doing
business as Comfy Sheet,

Defendants)

CASE NUMBER:
2:20-cv-03029-ODW (Ex)

## AFFIDAVIT AND REQUEST FOR ISSUANCE
## OF WRIT OF EXECUTION

*(check one)*   ☒ STATE OF CALIFORNIA, COUNTY OF Los Angeles
☐ STATE OF _____, COUNTY OF _____

I, Robert Ezra _____ hereby state under penalty of perjury that,

1. Judgment for $ 539,522.28 _____ was entered on November 2, 2021 _____ on the docket of the
above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of
COMPHY CO., INC., a California corporation _____ as Judgment Creditor, and against
COMFY SHEET; and PRATIK JAIN, an individual doing business as
Comfy Sheet _____ as Judgment Debtor

*(If a Registered Judgment from another Court or District, include the following information)*

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was
obtained in Civil Case No. _____ in the United States District Court for the
_____ District of _____ and which has become FINAL.

**NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE
DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of
Execution on the Judgment.

3. ACCRUED since the entry of Judgment **in the** _____ **District of** _____
are the following sums:

$ _____ accrued interest, computed at _____ % *(see note)*
$ _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Franklin _____ State of Tennessee _____, this 8th day of
November _____ 2021.

/s/ Robert Ezra _____
*Signature*
Attorneys for Plaintiff Comphy Co., Inc.

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

CV-24 (6/01)

American LegalNet, Inc.
www.FormsWorkflow.com