# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPHY CO., INC. | CASE NUMBER: |
| | 2:20–cv–03029–ODW–E |
| PLAINTIFF(S) | |
| v. | |
| COMFY SHEET , et al. | **NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT** |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

**X**  Writ/abstract must contain the name(s) and address(es) of judgment debtors.

_  Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

**X**  The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

**X**  If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

_  Attested date must be left blank.

_  Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

_  Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

**X**  Other: CLARIFICATION OF THE ABOVE: 1) CV 24 Affidavit form has been altered and or re−adjusted format and as such DOES OT MATCH Courts form. Please use the Courts official form as is. 2) Leave no blanks on CV 24 or CV 23, amounts must match the money amounts of the judgment as issued. . 3) CV 23 writ page 1 must match judgment as issued and page 2 is to filled out accordingly. . 4) Page e of the writ Left blank, name and address of debtors missing , but instead has writ of execution to be served at time of levy. This is on both the affidavit and writ, HOWEVER The Court issued default judgment against ONLY ONE defendant and that was defendant PRATIK JAIN. (Note : Nor was there doing business as Comfy cited as to Pratik Jain .)

Clerk, U.S. District Court

|  |  |
|---|---|
|  | By: /s/ *Linda Chai* |
| November 9, 2021 | *Linda_Chai@cacd.uscourts.gov* |
| Date | Deputy Clerk |

---

CV–52C (09/15)    **NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT**